# EXHIBIT A


TRACK 32323
CITY OF WC LEASE
BKK LANDFILL
PM 301-61-
PM 301-61-68 (9)
PM 301-61-
PARCEL "C"
PARCEL "B"
PARCEL "E"
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
N
GRAPHIC SCALE
175 0 175 350
SCALE IN FEET
DRAFT
D:\BKK\CAD\DRAWINGS\MASTERS\PARCELS MASTER 06-27-18.dwg Jun 27, 2018 - 1:6pm By: 2957vgc
NO.
REVISION
DATE
SHEET TITLE:
LA COUNTY PARCEL MAP NO. 60193
BOUNDARIES
PROJECT TITLE:
BKK LANDFILL
2210 S. AZUSA AVE.
WEST COVINA, CALIFORNIA 91792
CLIENT:
BKK WORKING GROUP c/o
Project Navigator, Ltd.
ONE POINTE DRIVE, SUITE 320
BREA, CALIFORNIA 92821
SCS ENGINEERS
ENVIRONMENTAL CONSULTANTS
3900 KILROY AIRPORT WAY, SUITE 100
LONG BEACH, CA 90806
PH. (562) 426-9544 FAX. (562) 427-0805
PROJ. NO. 07205024.90
DWN. BY: V. CHEW
ACAD FILE: -
DSN. BY: K. PIERCE
CHK. BY: C. FONG
APP. BY: C. FONG
DATE: 11-31-2016
SCALE: SEE SHEET
1 of 1