UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC.; BAYER CROPSCIENCE INC.; BHPI SERVICE LLC; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND CHEMICAL CORPORATION; HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD | Case No. 2:18-cv-05836-MWF-PLA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD MOTION TO STAY AND EXTEND TIME TO SERVE DEFENDANTS** |

| | |
|---|---|
| 1 | COMPANY); AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA, INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY;  SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNITED STATES STEEL CORPORATION; UNITED TECHNOLOGIES CORPORATION; AND UNIVAR USA INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Plaintiffs, |
| 27 | |
| 28 | vs. |

| | |
|---|---|
| 1 | ALBERTSONS COMPANIES, INC.; ALCO INDUSTRIES, INC.; ALLERGAN, INC.; AMERICAN CAN COMPANY; AMPEX CORP.; ANCO METAL IMPROVEMENT CO.; ARDAGH GROUP S.A.; ARGO PETROLEUM CORP.; AURUM INDUSTRIES, INC.; BARRY WRIGHT CONTROLS; BEAULIEU OF AMERICA, INC.; BIRTCHER PACIFIC; BROWNING FERRIS INDUSTRIES; BFI XV REALTY FUND LTD.; BYRON JACKSON PUMPS, INC.; CAROL CABLE CO.; CARLTON FORGE WORKS; CIBA GEIGY CORP.; CLEVELAND WRECKING CO.; COLUMBIA PICTURES; COOPER INDUSTRIES, INC.; COTY, INC.; CROWLEY INC.; DESOTO INC.; DON KNOTT FORD; DRESSER INDUSTRIES, INC.; DUREX INC.; ELECTROFILM INC.; EMHART INDUSTRIES, INC.; FASSON CORP.; FEDERAL-MOGUL CORP.; FEDERAL-MOGUL LLC; FEDERAL RESERVE BANK; FRICTION INC.; FRICTION MATERIALS CORP.; FMC CORPORATION; FORD AEROSPACE AND COMMUNICATIONS CORP.; FORD MOTOR COMPANY; FOSTER-FORBES GLASS CO.; GENERAL MILLS, INC.; GLASS CONTAINERS CORP.; GENSTAR BUILDING MATERIALS CO.; GENSTAR ROOFING PRODUCTS COMPANY, INC.; GKN AEROSPACE CHEM-TRONICS INC.; GLOBAL TUBE CORPORATION; GWB (US), INC.; HILL BROTHERS CHEMICAL CO.; HI-SHEAR CORP.; HOLLYTEX CARPET MILLS, INC.; HOUGHTON |

| | |
|---|---|
| 1 | INTERNATIONAL INC.; JEFFRIES BANK NOTES CO.; JOHNSON CONTROLS INC.; JOSLYN MANUFACTURING & SUPPLY CO.; KAISER FOUNDATION HEALTH PLAN, INC.; LISI AEROSPACE NORTH AMERICA, INC.; LONG BEACH TERMINAL COMPANY; MAX FACTOR CO.; MERCURY AEROSPACE INC.; MERCURY AEROSPACE FASTENERS; MRC HOLDINGS, INC.; NORTH AMERICAN ENVIRONMENTAL; NORTHROP PACIFIC; OWENS-ILLINOIS, INC.; PARAMOUNT PICTURES CORP.; PILLSBURY CO.; PRICE PFISTER *NKA* PFISTER; REPUBLIC SERVICES, INC.; RIO TINTO ALCAN INC.; SANDIA METAL PROCESS, INC.; SANMINA-SCI CORP.; SEQUA CORPORATION; SHUWA INVESTMENTS CORP.; SIERRACIN; SIKA CORP.; SMITH & CO.; SPS TECHNOLOGIES, INC.; STANLEY BLACK & DECKER, INC.; STANLEY WORKS; STRUCTURAL COMPOSITE INDUSTRIES; SUMITOMO LIFE REALTY; SYNTHANE TAYLOR; TECHNICOLOR, INC.; THOMPSON INDUSTRIES; THORPE INSULATION CO.; TTM TECHNOLOGIES, INC.; VOUGHT AIRCRAFT INDUSTRIES INC.; and DOES 1-10,<br><br>      Defendants. |

This matter comes before the Court on Plaintiffs' Third Motion to Stay and Extend Time to Serve Defendants ("Motion"), filed concurrently herewith.

Having considered Plaintiffs' Motion, the Court hereby orders that Plaintiffs' Motion is **GRANTED** as follows:

1. This case shall be stayed until July 20, 2021 for all matters except voluntary dismissals of certain named Defendants by Plaintiffs.

2. The time for Plaintiffs to serve the Complaint on all remaining Defendants is extended until July 20, 2021.

3. Plaintiffs shall continue to file status reports every 90 days, as set forth in the Court's August 7, 2018 Order (Docket No. 17).

**IT IS SO ORDERED.**

Dated: _____, 2020

By _____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE