JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERTSONS COMPANIES, INC.; et al., <br><br> Defendants. | Case No. 2:18-cv-05836-MWF-PLA <br><br> **ORDER GRANTING PLAINTIFFS' THIRD MOTION TO STAY AND EXTEND TIME TO SERVE DEFENDANTS** |

1   This matter comes before the Court on Plaintiffs' Third Motion to Stay and
2   Extend Time to Serve Defendants ("Motion"), filed concurrently herewith.
3   Having considered Plaintiffs' Motion, the Court hereby orders that Plaintiffs'
4   Motion is **GRANTED** as follows:
5       1.    This case shall be stayed until July 20, 2021 for all matters except
6   voluntary dismissals of certain named Defendants by Plaintiffs.
7       2.    The time for Plaintiffs to serve the Complaint on all remaining
8   Defendants is extended until July 20, 2021.
9       3.    Plaintiffs shall continue to file status reports every 90 days, as set forth
10  in the Court's August 7, 2018 Order (Docket No. 17).

**IT IS SO ORDERED.**

Dated: May 7, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE