**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: 661-294-0116
Fax: 661-294-0134

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified in the Motion

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERTSONS COMPANIES, INC.; et al., <br><br> Defendants. | Case No. 2:18-cv-05836-MWF-PLA <br><br> Hon. Michael W. Fitzgerald <br><br> **DECLARATION OF DOUGLAS A. GRAVELLE IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT THE STAY FOR THE LIMITED PURPOSE OF AMENDING PLAINTIFFS' FIRST AMENDED COMPLAINT; FOR AN ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT; AND FOR AN ORDER AMENDING THE OPERATIVE STAY ORDER** <br><br> *[Motion and [Proposed] Order filed concurrently herewith]* |

I, Douglas A. Gravelle, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Hinson Gravelle & Adair LLP and am one of the attorneys responsible for representing Plaintiffs BKK Working Group and the individual members making up the BKK Working Group (collectively, "Plaintiffs") in the above-captioned matter.

2. I make this Declaration in support of Plaintiffs' Motion to Lift the Stay for the Limited Purpose of Amending Plaintiffs' First Amended Complaint; for an Order Granting Leave to Amend Plaintiffs' First Amended Complaint; and for an Order Amending the Operative Stay Order. I have personal knowledge of the facts set forth in this Declaration, and I could and would testify competently thereto if called upon to do so.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' proposed Second Amended Complaint that shows, in redline and strikeout, how the proposed Second Amended Complaint differs from the First Amended Complaint. Since the exhibits to the proposed Second Amended Complaint are exactly the same as the exhibits to the First Amended Complaint, since the exhibits are voluminous (over 300 pages) and since they do not bear on the changes in the proposed Second Amended Complaint, they are not attached hereto. In sum, the proposed Second Amended Complaint (1) substitutes in Big Heart Pet Brands, Inc. ("BHPB, Inc.") as a Plaintiff in lieu of Plaintiff BHPI Service LLC, and (2) removes all Defendants which Plaintiffs previously dismissed without prejudice under Federal Rule of Civil Procedure 41. While the proposed Second Amended Complaint also changes references therein from "First Amended Complaint" to "Second Amended Complaint", and has re-numbered paragraphs (to reflect the fact that many paragraphs referring to the dismissed Defendants have been deleted), the proposed Second Amended Complaint does not change any of the facts, allegations, or claims included in the First Amended Complaint.

4. Plaintiffs have been cooperating with the State of California through its agency, the Department of Toxic Substances Control ("DTSC"), to investigate the conditions at the BKK Class I Landfill in West Covina, California (the "BKK Class I Facility") through three judicially-approved consent decrees - the First, Second, Third Partial, and Amended Third Partial Consents Decrees. Under these Consent Decrees, Plaintiffs have been conducting necessary response cost activities at the BKK Class I Facility.

5. Plaintiffs have also been cooperating with DTSC to identify other potentially responsible parties ("PRPs") at the BKK Class I Facility and have identified over ten thousand PRPs that generated, transported and/or arranged for disposal of materials containing hazardous substances to the BKK Class I Facility. Plaintiffs have entered into tolling agreements with over 550 of these identified PRPs. Plaintiffs plan to initiate settlement negotiations with these tolled PRPs and, unless they do not renew (extend) their tolling agreements when they expire, do not anticipate the need to include them in this lawsuit at this time. However, some PRPs have refused to sign an initial tolling agreement once they are identified and some PRPs have refuse to renew (extend) existing tolling agreements.

6. Prior to filing this Action, approximately 1,000 PRPs had not entered into tolling agreements with Plaintiffs. To preserve their claims under Sections 107 and 113 of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 et seq. ("CERCLA"), Plaintiffs filed this Action against 87 of those PRPs (and filed the related action *BKK Working Group, et al. v. 1700 Santa Fe Ltd., et al.*, Case No. 2:18-cv-05810-MWF-PLA, against almost another 1,000 of those PRPs). Plaintiffs' intent with respect to these Defendants (as well as the defendants in the related case) has always been to engage in settlement negotiations and issue settlement offers to all viable entities.

7. Reserved.

8. BHPI Service LLC is currently named as a Plaintiff in the First Amended Complaint in this Action. First Amended Complaint ¶ 18, ECF No. 14. BHPI Service LLC was originally named in the Complaint because, following a corporate restructuring, it was believed that all liabilities, claims, and interests associated with the BKK Class I Facility rested with BHPI Service LLC (which liabilities, claims, and interests stem from certain successor liability of the Heinz Company (Heinz)). However, during a review following a change in counsel, BHPB, Inc. discovered that this belief was incorrect, and another one of the BKK Working Group's counsel was informed that BHPB, Inc.—not BHPI Service LLC—holds Heinz's successor liability, claims, and interests associated with the BKK Class I Facility.

9. I have been informed that both BHPI Service LLC and BHPB, Inc. are or were wholly-owned subsidiaries of the J.M. Smucker Company and share an identity of interests.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 4, 2021 in Honolulu, Hawaii.

> By: s/Douglas A. Gravelle
> Douglas A. Gravelle,
> Attorney for Plaintiffs
> BKK Working Group, et al.