**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: 661-294-0116
Fax: 661-294-0134

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified in the Motion

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC.; et al.,<br><br>Defendants. | Case No. 2:18-cv-05836-MWF-PLA<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER: GRANTING PLAINTIFFS' MOTION TO LIFT THE STAY FOR THE LIMITED PURPOSE OF AMENDING PLAINTIFFS' FIRST AMENDED COMPLAINT; FOR AN ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT; AND FOR AN ORDER AMENDING THE OPERATIVE STAY ORDER**<br><br>*[Motion and Declaration of Douglas A. Gravelle filed concurrently herewith]* |

1    This matter comes before the Court on Plaintiffs' Motion to Lift the Stay for
2 the Limited Purpose of Amending Plaintiffs' First Amended Complaint; for an
3 Order Granting Leave to Amend Plaintiffs' First Amended Complaint; and for an
4 Order Amending the Operative Stay Order ("Motion"), filed concurrently herewith.
5    Having considered Plaintiffs' Motion, the Court hereby **GRANTS** the
6 Motion as follows:
7    1.   The current stay is lifted for the limited purpose of amending
8 Plaintiffs' First Amended Complaint;
9    2.   The operative Stay Order is amended to allow Plaintiffs to add, as
10 Defendants, parties who refuse to enter into tolling agreements or who refuse to
11 renew (extend) existing tolling agreements; and
12    3.   Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs are granted
13 leave to amend their First Amended Complaint for the exclusive purposes outlined
14 in their Motion.  Plaintiffs may file their Proposed Second Amended Complaint, as
15 attached as Exhibit 1 to the Declaration of Douglas A. Gravelle in Support of
16 Plaintiffs' Motion, within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: May ___, 2021        By _____
                            HON. MICHAEL W. FITZGERALD
                            UNITED STATES DISTRICT JUDGE