**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: 661-294-0116
Fax: 661-294-0134

Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated association, and individual members identified in the concurrently filed Motion

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERTSONS COMPANIES, INC.; et al., <br><br> Defendants. | Case No. 2:18-cv-05836-MWF-PLA <br><br> Hon. Michael W. Fitzgerald <br><br> **ORDER: GRANTING PLAINTIFFS' FOURTH MOTION TO STAY AND EXTEND TIME TO SERVE DEFENDANTS** |

This matter comes before the Court on Plaintiffs' Fourth Motion to Stay and Extend Time to Serve Defendants ("Motion"), filed concurrently herewith.

Having considered Plaintiffs' Motion, the Court hereby **GRANTS** the Motion as follows:

1. This case shall be stayed until July 20, 2022 for all matters except motions and voluntary dismissals of certain named Defendants by Plaintiffs; and

2. The time for Plaintiffs to serve the Complaint on all remaining Defendants is extended until July 20, 2022.

**IT IS SO ORDERED.**

Dated: May 5, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge