**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: 661-294-0116
Fax: 661-294-0134

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified in the Motion

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC.; et al.,<br><br>Defendants. | Case No. 2:18-cv-05836-MWF-PLA<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER: GRANTING PLAINTIFFS' MOTION TO LIFT THE STAY FOR THE LIMITED PURPOSE OF AMENDING PLAINTIFFS' FIRST AMENDED COMPLAINT; FOR AN ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT; AND FOR AN ORDER AMENDING THE OPERATIVE STAY ORDER** |

This matter comes before the Court on Plaintiffs' Motion to Lift the Stay for the Limited Purpose of Amending Plaintiffs' First Amended Complaint; for an Order Granting Leave to Amend Plaintiffs' First Amended Complaint; and for an Order Amending the Operative Stay Order ("Motion"), filed concurrently herewith.

Having considered Plaintiffs' Motion, the Court hereby **GRANTS** the Motion as follows:

1. The current stay is lifted for the limited purpose of amending Plaintiffs' First Amended Complaint;

2. The operative Stay Order is amended to allow Plaintiffs to add, as Defendants, parties who refuse to enter into tolling agreements or who refuse to renew (extend) existing tolling agreements; and

3. Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs are granted leave to amend their First Amended Complaint for the exclusive purposes outlined in their Motion.  Plaintiffs may file their Proposed Second Amended Complaint, as attached as Exhibit 1 to the Declaration of Douglas A. Gravelle in Support of Plaintiffs' Motion, within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: May 5, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge