# EXHIBIT A


TRACK 32323
CITY OF WC LEASE
BKK LANDFILL
PM 301-61-
PM 301-61-68 (9)
PM 301-61-6
PARCEL "C"
PARCEL "B"
PARCEL "E"
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
N
GRAPHIC SCALE
175 0 175 350
SCALE IN FEET
DRAFT
DATE
REVISION
NO.
SHEET TITLE: LA COUNTY PARCEL MAP NO. 60193 BOUNDARIES
PROJECT TITLE: BKK LANDFILL 2210 S. AZUSA AVE. WEST COVINA, CALIFORNIA 91792
CLIENT: BKK WORKING GROUP c/o Project Navigator, Ltd. ONE POINTE DRIVE, SUITE 320 BREA, CALIFORNIA 92821
SCS ENGINEERS
ENVIRONMENTAL CONSULTANTS
3900 KILROY AIRPORT WAY, SUITE 100
LONG BEACH, CA 90806
PH. (562) 426-9544 FAX. (562) 427-0805
PROJ. NO. 07205024.90
DSN. BY: K. PIERCE
DWN. BY: V. CHEW
CHK. BY: C. FONG
ACAD FILE: -
APP. BY: C. FONG
DATE: 11-31-2016
SCALE: SEE SHEET
1 of 1
D:\BKK\CAD\DRAWINGS\MASTERS\PARCELS MASTER 06-27-18.dwg Jun 27, 2018 - 1:6pm By: 2957vgc