**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: 661-294-0116

Attorneys for Plaintiffs BKK Working Group,
an unincorporated association, and certain of
its individual members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>ALBERTSONS COMPANIES, INC.; et al.,<br><br>           Defendants. | **Case No. 2:18-cv-05836-MWF-PLAx**<br><br>**PLAINTIFFS' [SEVENTEENTH] STATUS REPORT** |

In accordance with the Court's prior orders, Plaintiffs submit the following Status Report.

**I.      BACKGROUND**

    **A.      The BKK Class I Landfill**

This matter concerns environmental contamination at the BKK Class I Landfill in West Covina, California.  The BKK Class I Landfill was operated by BKK Corporation and/or other third parties, and has been owned by BKK Corporation from approximately 1973 through the present.  Between approximately 1969 and 1984, the BKK Class I Landfill accepted manifested waste for disposal. It ceased accepting all waste in 1987, at which time BKK Corporation began to undertake landfill closure and post-closure activities.  In 2004, BKK Corporation

notified the State of California that it would not be financially capable of continuing its post-closure care of the BKK Class I Landfill.  The BKK Working Group is an unincorporated association of approximately 60 potentially responsible parties whose members are addressing conditions at the BKK Class I Landfill under three separate consent decrees reached with the State of California, as described below.

### B. Members of The BKK Working Group Have Entered Into Three Separate Consent Decrees with the State of California to Investigate the BKK Class I Landfill

On October 31, 2005, California's Department of Toxic Substances Control ("DTSC") filed a lawsuit against certain members of the BKK Working Group, captioned *California Department of Toxic Substances Control v. American Honda Motor Co.,* No. 05-CV-00746 (C.D. Cal.), and concurrently lodged with the Court a proposed Consent Decree ("First Consent Decree") between itself and certain members of the BKK Joint Defense Group.  On March 9, 2006, the Court entered the First Consent Decree which, among other things, required certain members of the BKK Working Group to perform specific emergency activities at the site.[1]

DTSC filed a second lawsuit against certain members of the BKK Working Group on May 5, 2010, captioned *California Department of Toxic Substances Control v. American Honda Motor Co.,* No. 10-CV-03378 (C.D. Cal.), and concurrently lodged a proposed Second Consent Decree between itself and certain members of the BKK Working Group.  The Court entered the Second Consent Decree on August 10, 2010 which, among other things, obligates certain members of the BKK Working Group to perform certain environmental response actions and to conduct an Engineering Evaluation/Cost Analysis ("EE/CA") for the BKK Class I Landfill.

On February 2, 2015, DTSC filed a third complaint against certain members of the BKK Working Group, captioned *California Department of Toxic Substances*

---

[1] The First Consent Decree is no longer operative.

*Control v. American Honda Motor Co.,* No 15-CV-00729 (C.D. Cal.), again for the purpose of seeking judicial approval of a consent decree, which DTSC lodged concurrently with the filing of the third complaint. The Court entered the Third Consent Decree on July 24, 2015 which, among other things, obligates certain members of the BKK Working Group to perform certain environmental response actions at the BKK Class I Landfill and conduct a groundwater Remedial Investigation and Feasibility Study ("Groundwater RI/FS").

Currently, all three Consent Decree Actions are before the Honorable Judge Pregerson.

## II. STATUS OF INVESTIGATION OF THE BKK CLASS I LANDFILL

The members of the BKK Working Group continue to work cooperatively with DTSC. In accordance with the Consent Decrees described above, the members of the BKK Working Group are conducting the "Essential Activities" at the BKK Class I Landfill, which include the day to day operation and maintenance at the Class I Landfill. The members of the BKK Working Group are also undertaking investigations of the Class I Landfill consisting of both an EE/CA and a Groundwater RI/FS. At this time, the field work associated with the EE/CA is completed, and the members of the BKK Working Group submitted a final draft EE/CA Report to DTSC. DTSC provided comments on the final draft EE/CA Report, and the members of the BKK Working Group are in the process of reviewing those comments and plans to submit a revise draft EE/CA report.

As for the Groundwater RI/FS, the members of the BKK Working Group have conducted field work for the Groundwater RI/FS in accordance with the accelerated field task work plans and are working with DTSC on the next steps.

## III. STATUS OF LITIGATION

On May 2, 2022, this Court entered a further stay and extension of time to serve the operative Complaint until July 20, 2023. As the Court is aware, Plaintiffs and DTSC created and launched an innovative and systematic approach to offer

potentially responsible parties, including defendants, the opportunity to resolve their liability at the Class I Landfill. The status of this initiative is described more fully in Section IV below.

Pursuant to the Court's May 2, 2022 Order, on June 29, 2022 Plaintiffs filed their Fourth Amended Complaint. The Fourth Amended Complaint was filed as a result of information learned regarding certain parties, and to facilitate potential settlement with those parties. Approximately 100 of the defendants added to this action in the Fourth Amended Complaint were then dismissed from the parallel proceeding before this Court, *BKK Working Group et al. v. 1700 Santa Fe Ltd.*, 2:18-cv-05810-MWF-PLA (the "Parallel Proceeding"). Furthermore, additional parties were added to this action in the Fourth Amended Complaint based on the fact they are alleged to be the successors-in-interest to existing defendants in this action.

Additionally, since this action was filed, Plaintiffs have dismissed thirty-seven (37) defendants without prejudice after such defendants signed tolling agreements. Plaintiffs are in negotiations with a few other defendants about dismissing such defendants without prejudice if they too sign a tolling agreement, and are also continuing in their efforts to locate other defendants.

## IV.  STATUS OF SETTLEMENT INITIATIVE

The members of the BKK Working Group, including Plaintiffs, worked cooperatively with DTSC to develop a comprehensive settlement package for potentially responsible parties at the Class I Landfill, including the defendants. A number of *de minimis* potentially responsible parties have accepted settlement offers sent by Plaintiffs and DTSC. Two separate Administrative Consent Orders and settlement agreements with twenty-five potentially responsible parties were publicly noticed in March and June of this year. Those twenty-five parties agreed to settle for a combined total of approximately seventeen million dollars. So far, Plaintiffs and DTSC have extended approximately 230 settlement offers, and expect

to send an additional batch of offers before the end of this year.  Plaintiffs and DTSC continue to engage with additional potentially responsible parties interested in settlement.  Moving forward, Plaintiffs estimate that DTSC will continue to send these settlement offers to groups of about 75 potentially responsible parties.  The frequency at which, and number of potentially responsible parties to whom, these settlement offers are sent could increase over time.

Defendants and other *de minimis* potentially responsible parties can keep appraised of the progress of the settlement initiative through DTSC's website, which can be accessed at: https://dtsc.ca.gov/third-party-initiative-cost-recovery/. Plaintiffs and DTSC worked in tandem to develop this comprehensive website to provide potentially responsible parties and the public with user-friendly information about the cost recovery initiative at the BKK Class I Landfill, including, but not limited to, background information, a frequently asked questions worksheet regarding *de minimis* settlements and a fact sheet of the preliminary *de minimis* determination for early cashout settlements.  Additionally, the website provides thorough instructions and information about how a potentially responsible party can submit a waste quantity or financial review request following receipt of a settlement offer.

DTSC and Plaintiffs have been working together effectively throughout this process.  As discussed previously, there are several benefits to including DTSC in settlements with defendants.  The most important reason is that doing so allows settling defendants to obtain the settlement protections generally provided by the government in CERCLA settlements, such as contribution protection, thereby providing an added incentive for defendants to settle in lieu of engaging in active litigation.  Together, Plaintiffs and DTSC have developed and executed a joint approach to this large-scale settlement package process.  Given the considerable progress thus far, Plaintiffs and DTSC are looking forward to continued progress over the coming years.  Plaintiffs maintain their belief that their ongoing

collaboration with DTSC in executing this settlement process benefits everyone, including defendants.

## V. STATUS OF RELATED CASE

On July 2, 2018, Plaintiffs also filed a related case, captioned *BKK Working Group, et al. v. 1700 Santa Fe Ltd.*, et al., Case No. 2:18-CV-05810-MWF-PLAx, which is also currently pending before Judge Fitzgerald in the Central District Court of California. That related case is also stayed until July 20, 2023.

## VI. CONCLUSION

In accordance with the Court's prior orders, Plaintiffs will submit their next Status Report in 90 days (January 9, 2023) unless the Court directs otherwise.

Dated: October 11, 2022                    HINSON GRAVELLE & ADAIR LLP

By  /s/ Douglas A. Gravelle
Douglas A. Gravelle,
Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified above