# EXHIBIT A




| | |
|---|---|
| NO. | REVISION / DATE |
| SHEET TITLE: | LA COUNTY PARCEL MAP NO. 60193 BOUNDARIES |
| PROJECT TITLE: | BKK LANDFILL<br>2210 S. AZUSA AVE.<br>WEST COVINA, CALIFORNIA 91792 |
| CLIENT: | BKK WORKING GROUP c/o<br>Project Navigator, Ltd.<br>ONE POINTE DRIVE, SUITE 320<br>BREA, CALIFORNIA 92821 |

**SCS ENGINEERS**
ENVIRONMENTAL CONSULTANTS
3900 KILROY AIRPORT WAY, SUITE 100
LONG BEACH, CA 90806
PH. (562) 426-9544 FAX. (562) 427-0805

| | | |
|---|---|---|
| PROJ. NO. 07205024.90 | DWN. BY: V. CHEW | ACAD FILE: - |
| DSN. BY: K. PIERCE | CHK. BY: C. FONG | APP. BY: C. FONG |

DATE: 11-31-2016

SCALE: SEE SHEET

1 of 1

D:\BKK\CAD\DRAWINGS\MASTERS\PARCELS MASTER 06-27-18.dwg Jun 27, 2018 – 1:6pm By: 2957vgc