**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: 661-294-0116

Attorneys for Plaintiffs BKK Working Group, an unincorporated association, and certain of its individual members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC.; et al.,<br><br>Defendants. | **Case No. 2:18-cv-05836-MWF-PLAx**<br><br>**PLAINTIFFS' [TWENTY-SECOND] STATUS REPORT** |

In accordance with the Court's prior orders, Plaintiffs submit this Status Report.

In this Status Report, the BKK Working Group provides the Court with a high-level overview of the litigation and the BKK Working Group's successful settlement initiative partnership with the California Department of Toxic Substances Control ("DTSC"). Relevant background previously communicated to the Court concerning the legal and regulatory history of the BKK Class I Landfill is included as reference at the end of this Status Report.

///

///

///

## I. STATUS OF LITIGATION AND SETTLEMENT INITIATIVE

Plaintiffs filed this case in 2018, and shortly thereafter the Court agreed to stay the action and extend time to serve Defendants to allow Plaintiffs and DTSC to create and implement and innovative and systematic approach to offer potentially responsible parties ("PRPs"), including Defendants, the opportunity to resolve their liability at the BKK Class I Landfill.

On May 19, 2023, this Court entered a further stay and extension of time to serve the complaint until July 22, 2024.

The members of the BKK Working Group, including Plaintiffs, worked cooperatively with DTSC to develop a comprehensive settlement package for PRPs at the Class I Landfill, including Defendants. Plaintiffs and DTSC have extended hundreds of settlement offers, which have thus far resulted in three separate Administrative Consent Orders and Settlement Agreements with 31 PRPs. Those 31 PRPs agreed to settle for a combined total of approximately 20.3 million. The funds collected are vital for future work at the BKK Class I Landfill and will aid in further investigation and remediation. It is anticipated that DTSC will begin the process to publicly notice additional settlements in the very near term.

Additionally, on November 1, 2024, the BKK Working Group and DTSC expanded the scope of the existing settlement offer initiative, and extended offers to hundreds of defendant PRPs. To date, over one hundred defendant PRPs have responded to the November 1 settlement offers, and several Defendants have agreed to accept the offers.[1] Prior to finalizing, DTSC will provide public notice of these settlements. After public notice and the finalization of the settlement agreement, Plaintiffs intend to dismiss with prejudice their claims against the settling Defendants for the generated/arranged waste covered by the settlement agreement.

---

[1] Defendants and other *de minimis* PRPs can keep apprised of the progress of the settlement initiative through DTSC's website. This website can be accessed here: https://dtsc.ca.gov/third-party-initiative-cost-recovery/.

## II. STATUS OF INVESTIGATION OF BKK CLASS I LANDFILL[2]

This matter concerns environmental contamination at the BKK Class I Landfill in West Covina, California. The BKK Class I Landfill was operated by BKK Corporation and/or other third parties and has been owned by BKK Corporation from approximately 1973 through the present. Between approximately 1969 and 1984, the BKK Class I Landfill accepted manifested waste for disposal. It ceased accepting all waste in 1987, at which time BKK Corporation began to undertake landfill closure and post-closure activities. In 2004, BKK Corporation notified the State of California that it would not be financially capable of continuing its post-closure care of the BKK Class I Landfill. The BKK Working Group is an unincorporated association of approximately 60 PRPs whose members are addressing conditions at the BKK Class I Landfill under three separate consent decrees reached with the State of California: (1) *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co.*, No. 05-CV-00746 (C.D. Cal.) (First Consent Decree entered by the Court on March 9, 2006, which among other things, required certain members of the BKK Working Group to perform specific emergency activities at the BKK Class I Landfill);[3] (2) *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co., Inc.,* No. 10-CV-03378 (C.D. Cal.) (Second Consent Decree entered by the Court on August 10, 2010, which, among other things, obligates certain members of the BKK Working Group to perform certain environmental response actions and to conduct an Engineering Evaluation/Cost Analysis ("EE/CA") for the BKK Class I Landfill); and (3) *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co., Inc.,* No 15-CV-00729 (C.D. Cal.) (Third Consent Decree entered by the Court on July 24, 2015, which, among other things, obligates certain members of the BKK Working Group to perform certain

---

[2] The BKK Working Group provided the Court with this background in previous Status Reports. It is included here as reference.
[3] The First Consent Decree is no longer operative.

environmental response actions at the BKK Class I Landfill and conduct a groundwater Remedial Investigation and Feasibility Study ("Groundwater RI/FS")). Currently, all three Consent Decree Actions are before the Honorable Judge Pregerson.

The members of the BKK Working Group continue to work cooperatively with DTSC. In accordance with the Consent Decrees described above, the members of the BKK Working Group are conducting "Essential Activities" at the BKK Class I Landfill, which include the day-to-day operation and maintenance at the BKK Class I Landfill. The members of the BKK Working Group are also undertaking investigations of the BKK Class I Landfill consisting of both an EE/CA and a Groundwater RI/FS. At this time, the field work associated with the EE/CA is completed, and the members of the BKK Working Group submitted a final draft EE/CA Report to DTSC. DTSC provided comments to the final draft EE/CA Report, and the members of the BKK Working Group are in the process of reviewing those comments and plan to submit a revised draft EE/CA report. The BKK Working Group and DTSC are engaged in an extensive technical exchange process, which will lead to consensus on the direction of the EE/CA report.

As for the Groundwater RI/FS, the members of the BKK Working Group have devoted extensive resources to furthering its progress. The BKK Working Group is in the midst of conducting investigative work and expects this to continue over the coming months, all of which will be overseen by DTSC.

**III.   STATUS OF RELATED CASE**

On July 2, 2018, Plaintiffs filed a related case captioned *BKK Working Group, et al. v. 1700 Santa Fe Ltd., et al.*, Case No. 2:18-CV-05810-MWF-PLAx, which is currently pending before this Court. That related case also is stayed until July 22, 2024.

## IV.   CONCLUSION

In accordance with the Court's prior orders, the Plaintiffs will submit their next Status Report in 90 days (April 8, 2024) unless the Court directs otherwise.

Dated: January 8, 2024                    HINSON GRAVELLE & ADAIR LLP

By   /s/ Douglas A. Gravelle
Douglas A. Gravelle,
Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified above