# EXHIBIT A




SCS ENGINEERS
ENVIRONMENTAL CONSULTANTS
3900 KILROY AIRPORT WAY, SUITE 100
LONG BEACH, CA 90806
PH. (562) 426-9544 FAX. (562) 427-0805

PROJ. NO.: 07205024.90
DWN. BY: V. CHEW
ACAD FILE: -
DSN. BY: K. PIERCE
CHK. BY: C. FONG
APP. BY: C. FONG

CLIENT:
BKK WORKING GROUP c/o
Project Navigator, Ltd.
ONE POINTE DRIVE, SUITE 320
BREA, CALIFORNIA 92821

SHEET TITLE:
LA COUNTY PARCEL MAP NO. 60193
BOUNDARIES

PROJECT TITLE:
BKK LANDFILL
2210 S. AZUSA AVE.
WEST COVINA, CALIFORNIA 91792

| NO. | REVISION | DATE |
| --- | --- | --- |
| | | |

DATE: 11-31-2016
SCALE: SEE SHEET
1 of 1