# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALBERTSONS COMPANIES, INC., et al.,<br><br>        Defendants. | Case No. CV 18-5836-MWF(PLAx)<br><br>ORDER GRANTING REQUEST FOR LEAVE TO FILE ELEVENTH AMENDED COMPLAINT |

The Court has reviewed Plaintiffs' Status Report and Request for Leave to Amend the Complaint (the "Request"), filed October 21, 2024. (Docket No. 159). The Court notes that a proposed Order was not lodged with the filing as required by the Local Rules.

The Court hereby GRANTS Plaintiffs' Request. Plaintiffs may file an Eleventh Amended Complaint within ten days of its completion of all remaining service efforts, or by November 25, 2024, whichever occurs first.

**IT IS SO ORDERED.**

Dated: November 15, 2024

                                                MICHAEL W. FITZGERALD
                                                United States District Judge