AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND INC.; BAYER CROPSCIENCE INC. (See Attachment #1) <br> *Plaintiff(s)* <br> v. <br> ALBERTSONS COMPANIES, INC.; AAMCO TRANSMISSIONS; AAR CORP.; A.B. DICK CO.; ACE INDUSTRIES; ACH FOOD COMPANIES, INC.; ADVANCED COATINGS INC. (See Attachment #1) <br> *Defendant(s)* | Civil Action No. 2:18-cv-05836-MWF-PLA |

**SUMMONS IN A CIVIL ACTION**
ON ELEVENTH AMENDED COMPLAINT

To: *(Defendant's name and address)* ANCHOR OPERATING, INC.
C/O STEVEN C. METZGER, SECRETARY
4709 W. LOVERS LANE, SUITE 200
DALLAS, TX 75209
(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas A. Gravelle (gravelle@hinsongravelle.com)
K. Eric Adair (adair@hinsongravelle.com)
Hinson Gravelle & Adair LLP
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
(661) 294-0116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/27/24

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-05836-MWF-PLA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT NO. 1

1  **HINSON GRAVELLE & ADAIR LLP**
   Douglas A. Gravelle (SBN 166110)
2  gravelle@hinsongravelle.com
   K. Eric Adair (SBN 150650)
3  adair@hinsongravelle.com
   27240 Turnberry Lane, Suite 200
4  Valencia, CA 91355
   Telephone: 661-294-0116
5
   Attorneys for Plaintiffs
6  BKK WORKING GROUP, an unincorporated
   association, and individual members identified
7  below

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND INC.; BAYER CROPSCIENCE INC.; BIG HEART PET BRANDS; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND CHEMICAL CORPORATION; HEWLETT-PACKARD COMPANY; AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED | Case No. 2:18-cv-05836-MWF-PLA<br><br>**[FILED PURSUANT TO 11/15/24 ORDER [DKT. 172]]**<br><br>**ELEVENTH AMENDED COMPLAINT FOR:**<br><br>1. CERCLA: CONTRIBUTION [42 U.S.C. § 9613(f)]<br>2. CERCLA: COST RECOVERY [42 U.S.C. § 9607(a)]<br>3. CERCLA: SUBROGATION [42 U.S.C. § 9612(c)(2)]<br>4. CERCLA: DECLARATORY RELIEF [42 U.S.C. § 9613(g)]<br>5. HSAA: CONTRIBUTION [HEALTH AND SAFETY CODE §§ 78000, ET SEQ.]<br>6. EQUITABLE INDEMNIFICATION<br>7. EQUITABLE CONTRIBUTION<br>8. COMMON LAW SUBROGATION<br>9. DECLARATORY RELIEF [Cal. Civ. Proc. Code §1060] |
|---|---|

| | |
|---|---|
| 1 | MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORP. OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD (FORMERLY KNOWN AS SOUTHERN PACIFIC TRANSPORTATION COMPANY); UNITED STATES STEEL CORPORATION; RTX CORPORATION; UNIVAR SOLUTIONS USA LLC; AMERON INTERNATIONAL CORPORATION; AND XEROX CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Plaintiffs, |
| 25 | vs. |
| 26 | |
| 27 | ALBERTSONS COMPANIES, INC.; AAMCO TRANSMISSIONS; AAR CORP.; A.B. DICK CO.; ACE INDUSTRIES; ACH FOOD |
| 28 | |

COMPANIES, INC.; ADVANCED COATINGS INC.; AEROSOL SERVICES CO. INC.; AIR INDUSTRIES CORP.; AIR LIQUIDE AMERICA LP; AIRPORT CONSULT GROUP LLC; ALKID CORPORATION; ALPHA TECHNOLOGIES GROUP, INC.; AMERICAN APPLIANCE MANUFACTURING CORP.; AMERICAN CAN COMPANY; AMERICAN CHEMICAL & REFINING; AMERICAN PACIFIC INTERNATIONAL INC.; AMERICAN PROMOTIONAL EVENTS, INC. -WEST; AMERICAN SCIENTIFIC PRODUCTS; AMERICAN TOOL & ENGINEERING CORP.; AMERIPRIDE SERVICES, LLC; AMF TUBESCOPE INC.; ANCHOR OPERATING, INC.; ANDREW CALIFORNIA CORP.; ANGELICA TEXTILE SERVICES INC.; ANODYNE INC.; APEX INTERNATIONAL ALLOYS; APPLIED MAGNETICS CORP.; ARGO PETROLEUM CORP.; ARROWHEAD MOUNTAIN SPRING WATER COMPANY; ARNOLD CIRCUITS, INC.; ARNOLD ENGINEERING CO.; ATOMICA CORP.; AXEL JOHNSON, INC.; AZON CORPORATION; B. JADOW AND SONS, INC.; BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.; BALSER TRUCKING; BAUSCH HEALTH AMERICAS, INC.; BAXTER INTERNATIONAL INC.; BEATRICE/HUNT-WESSON, INC.; BEAZER EAST, INC.; BECKMAN COULTER INC.; BERNARD EPPS & CO.; BETHLEHEM STEEL CORP.; BEVERLY HILLS OIL COMPANY; BFI XV REALTY FUND LTD.; BI TECHNOLOGIES CORPORATION; BIG THREE INDUSTRIES INC.;

| | |
|---|---|
| 1 | BINGO TRUCK STOP; BIRTCHER PACIFIC; BNZ, INC.; BOSTIK, INC.; BRIDGESTONE AMERICAS, INC.; BROOKS & PERKINS BROWNLINE DIVISION; BULK SERVICES, INC.; BUNGE OILS, INC.; BYRON JACKSON PUMPS; CAL-AURUM INDUSTRIES; CAL-CHEM CLEANING CO., INC.; CAL NEV PIPELINE CO.; CAL STYLE FURNITURE MANUFACTURING CO.; CALI-BLOK; CALBIOCHEM-BEHRING CORP.; CALIFORNIA CARPET CO.; CALGON CARBON CORPORATION; CALPROTECH INC.; CAPITAL PARADE USA, INC.; CARGILL INC.; CASTLE & COOKE, INC.; CELANESE CORPORATION; CEMEX, INC.; CERRO CORPORATION; CERTIFIED GROCERS OF CAL.; CIA MINERA DE CANANEA SA; CIRCUIT ONE DIV. OF LH RESEARCH INC.; CLEVELAND WRECKING CO.; COAST PLATING, INC.; COGNIS CORP.; COLUMBIA PACIFIC ALUMINUM CORPORATION; COLUMBIA PICTURES; CONAGRA BRANDS, INC.; CONTROL COMPONENTS INC.; COSCOL PETROLEUM CORPORATION; CRAGAR INDUSTRIES; CRAIN INDUSTRIES, INC.; CRAIN WESTERN, INC.; CRE LIQUIDATION LLC; CRESCENT TRANSPORTATION; CRITON CORPORATION; CROCKETT CONTAINER CORP.; CROWLEY INC.; CROWN CENTRAL LLC; CROWN CENTRAL PETROLEUM CORPORATION; CROWN DISPOSAL INC.; CROWN ZELLERBACH CO.; CSS INVESTMENT COMPANY; CUMMINS SERVICE & SALES INC.; CW LIQUIDATING CORPORATION; CYCLO PRODUCTS, INC.; DAIWA |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CORP.; DARNELL CASTER LLC; |
| 2 | DARNELL CORP.; DARNELL-ROSE; DART INDUSTRIES INC.; |
| 3 | DATA DEVICE CORP.; DATA PRODUCTS CORP.; DAVIS |
| 4 | INVESTMENT CO.; DAVRO, INC.; DCS DIVERSIFIED COATING |
| 5 | SYSTEMS, INC.; DECRATREND CORP.; DELAWARE ARROWHEAD |
| 6 | PRODUCTS CORPORATION; DELAWARE OUTSOURCING |
| 7 | SERVICES GROUP, INC.; DENSO PRODUCTS AND SERVICES |
| 8 | AMERICAS, INC.; DESOTO INC.; DEVON ENERGY CORP.; |
| 9 | DIAMOND INTERNATIONAL |
| 10 | CORP.; DISPOSAL CONTROL SERVICE, INC.; DON KOTT FORD; |
| 11 | DRACKETT CO.; DRESSER INDUSTRIES, INC.; DUREX INC.; |
| 12 | E.T.C. CARPET MILLS, LTD.; ELFAB CORP.; ELECTRONIC |
| 13 | MATERIALS CORP.; ELECTRO-ETCH CIRCUITS INC.; ELEVATE |
| 14 | TEXTILES, INC.; EME CORP.; EMERALD EQUITIES; EMERALD |
| 15 | EQUITIES, I; EMERY INDUSTRIES INC.; EMPLOYBRIDGE LLC; |
| 16 | EMRISE ELECTRONICS CORP.; ENERGY DEVELOPMENT CO. |
| 17 | INC.; ENERGY DEVELOPMENT CORP.; ENERGY TRANSFER LP; |
| 18 | ENLIVEN MARKETING TECHNOLOGIES CORPORATION; |
| 19 | ENVIRI CORPORATION; ENVIRONMENTAL CONTROL |
| 20 | SYSTEMS INC.; EPEC OIL CO. LIQUIDATING TRUST; |
| 21 | EVERGREEN PACIFIC PARTNERS; FAIRCHILD HOLDING CORP.; |
| 22 | FAIRCHILD INDUSTRIES; FAIRCHILD SEMICONDUCTOR |
| 23 | INTERNATIONAL, INC.; FEDERAL EXPRESS CORPORATION; |
| 24 | FEDERAL RESERVE BANK; FIRESTONE TIRE & RUBBER CO.; |
| 25 | FLETCHER OIL & REFINING CO.; |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | FLIGHT ACCESORY SERVICE; FLINT HILLS RESOURCES, L.P.; FLOWSERVE CORPORATION; FOTOMAT LABS INC.; FLYING TIGERS LINE; FORCO LIQUIDATION TRUST; FRANCISCAN CERAMICS INC.; FRAZEE INDUSTRIES; FMC CORPORATION; FORT JAMES LLC; FOSTER-FORBES GLASS CO.; FRONTIER CALIFORNIA, INC.; FURUKAWA ELECTRIC NORTH AMERICA, INC.; G.W.A. INC.; GATES ADMIRAL; GATX; GATX CORP.; GATX TERMINALS CORP.; GE BETZ, INC.; GENERAL BATTERY CORP.; GENERAL MILLS, INC.; GENERAL TELEPHONE CO.; GENSTAR BUILDING MATERIALS CO.; GENSTAR ROOFING PRODUCTS COMPANY, INC.; GEORGIA-PACIFIC LLC; GERALD METALS, INC.; GK TECHNOLOGIES, INCORPORATED; GLASS CONTAINERS CORP.; GOLD-PAK INTERNATIONAL, INC.; GREER HYDRAULICS INC.; GRUPO MEXICO SAB DE CV; HALLMARK CIRCUITS INC.; HALSTEAD ENTERPRISES; HANDY & HARMAN; HARBANS BAWA AND BARINDER BAWA AS TRUSTEES OF THE BAWA FAMILY TRUST; HAWKER-PACIFIC AEROSPACE; HEIDELBERG MATERIALS US, INC.; HEIST MAINTENANCE SERVICES INC.; HENRY COMPANY LLC; HENRY SOSS & CO. INC.; HERAEUS METAL PROCESSING, INC.; HERCO TECHNOLOGY CORP.; HESS CORPORATION; HEXCEL CORPORATION; HILL BROTHERS CHEMICAL CO.; HILLCREST BEVERLY OIL CORP.; HI-SHEAR CORP.; HOFFMAN ELECTRONICS; |

| | |
|---|---|
| 1 | HOLLYTEX CARPET MILLS, INC.; HOWMET AEROSPACE INC.; HOYA CORPORATION USA; HR TEXTRON INC.; HTW INDUSTRIES INC.; HUMKO PRODUCTS; HUNTINGTON/PACIFIC CERAMICS, INC.; HUTCHINSON AEROSPACE & INDUSTRY, INC.; ICN PHARMACEUTICALS; ICX INDUSTRIES, INC.; IMCO SERVICES; IMI CRITICAL ENGINEERING LLC; INDUSTRIAL CIRCUITS; INDUSTRIAL INSULATIONS INCORPORATED; INDUSTRIAL TECTONICS BEARINGS CORPORATION; INLAND CONTAINER CORP.; INLAND PAPERBOARD AND PACKAGING, INC.; INTERNATIONAL POLYMER CORP.; I.T. CORP.; ITT LLC; J.C. INC.; JCI ENVIRONMENTAL SERVICES; JELD-WEN, INC.; JENN FENG INDUSTRIAL TOOLS CO., LTD.; JERSEYMAID MILK PRODUCTS, INC.; JOHNSON CONTROLS INC.; JOHNSTON PUMP CO.; JONATHAN MANUFACTURING CORP.; JOSLYN MANUFACTURING & SUPPLY CO.; JOSLYN MANUFACTURING COMPANY, LLC; KAISER ROLLMET INC.; KAYNAR MANUFACTURING CO.; KEUFFEL & ESSER CO.; KINDER MORGAN ENERGY PARTNERS, L.P.; KINDER MORGAN LIQUIDS TERMINALS LLC; KING RESOURCES, INC.; KNIGHTS J3, INC.; KOCH FUELS, INC.; KONICA PHOTO SERVICE U.S.A., INC.; KORBEL CAPITAL LLC; KRAFT HEINZ FOODS COMPANY; KRAZY GLUE INC.; KSI DISC PRODUCTS, INC.; L.A. GAUGE COMPANY, INC.; LANXESS CORPORATION; LESS HASSLE, INC.; LIQUID |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | WASTE MANAGEMENT; LISI |
| 2 | AEROSPACE NORTH AMERICA, INC.; LOCKHART INDUSTRIES; |
| 3 | LONG BEACH FABRICATORS INC.; LONZA INC.; LUCKY STORES INC.; |
| 4 | LUMIDOR MANUFACTURING CO.; LTI HOLDINGS, INC.; M-I L.L.C. |
| 5 | AKA AND/OR DBA M-I SWACO; MACK TRUCKS INC.; MAERSK |
| 6 | LINE, LIMITED (MLL); MANHATTAN BEACH HOLDING |
| 7 | CORP.; MARCO CHEMICAL CO.; MARCOR ENVIRONMENTAL, INC.; |
| 8 | MARTEN MANAGEMENT CO.; MASCO CORPORATION; MAZDA |
| 9 | MOTOR OF AMERICA, INC.; MAZDA NORTH AMERICA; MCA |
| 10 | LABORATORIES; MCCULLOCH CORP.; MCKAY CHEMICAL CO.; |
| 11 | MEAD JOHNSON & COMPANY; MERCHANTS METALS LLC; |
| 12 | MERCURY AEROSPACE INC.; MERCURY AEROSPACE |
| 13 | FASTENERS; MEREL CO. INC.; METAL BOX CAN; MGF |
| 14 | INDUSTRIES; MISSION SYSTEMS DAVENPORT INC.; |
| 15 | MONOGRAM/PEACOCK MANUFACTURING; MOSAIC |
| 16 | GLOBAL HOLDINGS INC.; MR. GASKET COMPANY; MRC |
| 17 | HOLDINGS, INC.; NARCO CHEMICAL; NARCO |
| 18 | CORPORATION; NARMCO MATERIALS INC.; NAVCOM |
| 19 | DEFENSE ELECTRONICS, INC.; NEC LIQUIDATION CORP.; NEW |
| 20 | BRISTOL FARMS, INC.; NEW FASHION CLEANERS; |
| 21 | NIPPONDENSO OF LOS ANGELES; NORTH AMERICAN CAR CORP.; |
| 22 | NORTH AMERICAN ENVIRONMENTAL; NOVARTIS |
| 23 | CORP.; ORANGE COUNTY SANITATION DISTRICT; PACIFIC |
| 24 | ANCHOR CHEMICAL CORP.; PACIFIC INTERMOUNTAIN |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | EXPRESS; PACIFIC SOUTHWEST AIRLINES; PACKAING CORP. OF AMERICA; PACTIV LLC; PAINT & COATINGS CORP.; PANEL AIR CORP.; PARSONS CORPORATION; PAULEY PETROLEUM CO.; PCC FLOW TECHNOLOGIES HOLDINGS, INC.; PCC ROLLMET, INC.; PEAIRS ENGINEERS; PEAT MANUFACUTURING CO.; PERVO INTERNATIONAL, INC.; PETRO LEWIS CORP.; PGP INDUSTRIES INC.; PIONEER ELECTRONICS (USA) INC.; PILLSBURY CO.; PRC–DESOTO INTERNATIONAL INC.; PRE DELIVERY SERVICE; PRECISION CASTPARTS CORP.; PRESSTEK, LLC; PRICE PFISTER *NKA* PFISTER; PRINTED CIRCUITS, INC.; PRODUCTS RESEARCH & CHEMICAL CORP.; PROTO TOOL; PURE SOURCE LLC; PUREX CORP.; PUREX INDUSTRIES, INC.; PYROTRONICS CORPORATION; QARBON AEROSPACE INC.; RALPH M. PARSONS CO.; RB&W MANUFACTURING LLC; RECOLOGY LOS ANGELES; REDKEN LABORATORIES INC.; REISNER METALS; REPLACEMENT PARTS MANUFACTURING; REXAM BEVERAGE CAN COMPANY; RICHARDSON & HOLLAND; RICOH ELECTRONICS, INC.; RICOH PRINTING SYSTEMS AMERICA INC.; RIO TINTO ALCAN INC.; RIVERSIDE CEMENT CO.; ROBERT MANUFACTURING COMPANY; ROLLER BEARING COMPANY OF AMERICA, INC.; ROYAL ALUMINUM CO.; RUSSELL BURDSALL & WARD INC.; S.J. JOHNSON & SON, INC.; SAFEWAY STORES INC.; SAFRAN SEATS USA LLC; SAN DIEGO PIPELINE COMPANY; SANDIA METAL |

| | |
|---|---|
| 1 | PROCESS, INC.; SARGENT FLETCHER INC.; SARGENT INDUSTRIES; SCHLUMBERGER, LTD.; SCHLUMBERGER N.V.; SEA LAND SERVICE INC.; SEMGROUP CORPORATION; SHARED TECHNOLOGIES FAIRCHILD TELECOM, INC.; SHUWA INVESTMENTS CORP.; SIERRA PACIFIC CONTAINER CORP.; SMITH & CO.; SOMACIS INC.; SONY PICTURES ENTERTAINMENT INC.; SOUTH WEST FOREST PRODUCTS; SOUTHERN PACIFIC PIPE LINES, INC.; SOUTHERN SERVICE COMPANY; SOUTHWEST FOREST PRODUCTS, INC.; SOUTHWEST PETRO CHEMICAL; SOUTHWEST STEEL ROLLING MILLS; SOUTHWESTERN ENGINEERING; STANDARD BRANDS PAINT CO. INC.; STANDARD INDUSTRIAL TOWEL & UNIFORM; STANDARD INDUSTRIES, INC.; STANDARD MOTOR PRODUCTS, INC.; STANLEY BLACK & DECKER, INC.; STRUCTURAL COMPOSITE INDUSTRIES; SWECO, INC.; T.P. INDUSTRIAL INC.; TDY INDUSTRIES, LLC; TECH-ETCH, INC.; TELAIR US LLC; TENNECO INC.; TENNECO OIL CO.; TFI INTERNATIONAL INC.; THE MARMON GROUP LLC; THE MARTIN LINEN SUPPLY COMPANY; THE TIMES MIRROR COMPANY; THE SAVE MART COMPANIES, LLC; THE TERMO COMPANY; THF HOLDING CO.; THOMPSON DRILLING; THOMPSON ENERGY RESOURCES, LLC; TIMES MIRROR PRESS; TOOLEY & CO. INC.; TOPPAN PRINTING COMPANY (AMERICA), INC.; TOYOTA MOTOR MANUFACTURING USA; |

| | |
|---|---|
| 1 | TRAMMELL CROW COMPANY; TRAMMELL CROW COMPANY, LLC; TRANSMIX CORPORATION; TRE CORP.; TRIBUNE PUBLISHING COMPANY; TRIMAS CORPORATION; TRIUMPH GROUP OPERATIONS; TRIUMPH THERMAL SYSTEMS, LLC; TRIZEC PROPERTIES; TROJAN BATTERY CO; TRUCK TRANSPORT; TRZ HOLDINGS IV LLC; U.S. BORAX & CHEMICAL CORP.; U.S. BORAX, INC.; U.S. BRASS DIVISION; U.S. FILTERS; U.S. REDUCTION CO.; ULTRAMAR INC.; UNFI GROCERS DISTRIBUTION, INC.; UNITED COATINGS INC.; USG CORPORATION; VALENTEC INTERNATIONAL CORP.; VALERO ENERGY CORPORATION; VAN DE KAMP; VARCO INTERNATIONAL; VEST, INC. VF CORPORATION; VONS COMPANIES INC.; VOUGHT AIRCRAFT INDUSTRIES INC.; W.L. CHAPMAN CO.; WEBER AIRCRAFT; WELLS FARGO RAIL CORPORATION; WELLS MARINE INC.; WESLOCK CORP.; WESTERN KRAFT CORP.; WESTERN LITHOGRAPH; WESTERN SYNTHETIC FELT CO.; WESTMINSTER CERAMICS INC.; WHICO MACHINE, INC.; WHITTAKER CORP.; WIRETECH, INC.; WINDOWMASTER PRODUCTS; WITCO CORPORATION; WOODWARD HRT, INC.; WYMAN-GORDON COMPANY; XTRA ENERGY; YOPLAIT USA; ZIMMER SERVICE CENTER; and DOES 1-10,<br><br>                    Defendants. |

**ATTACHMENT NO. 2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BKK WORKING GROUP, ET AL. v. ALBERTSONS COMPANIES, INC., ET AL.
CASE No. 2:18-cv-05836-MWF-PLA

Attachment No. 2 to Summons

**DEFENDANTS TO BE SERVED**

| No. | DEFENDANT | ADDRESS |
|---|---|---|
| 1. | ANCHOR OPERATING, INC. | C/O STEVEN C. METZGER, SECRETARY<br>4709 W. LOVERS LANE, SUITE 200<br>DALLAS, TX 75209 |
| 2. | BEATRICE/HUNT-WESSON, INC. | CONAGRA GROCERY PRODUCTS COMPANY<br>C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 3. | BULK SERVICES, INC. | C/O JAQUELINE A. MUSACCHIA<br>381 OVERWOOD ROAD<br>AKRON, OH 44313 |
| 4. | BUNGE OILS, INC. | C/O CSC LAWYERS INCORPORATING SERVICE<br>2710 GATEWAY OAKS DRIVE<br>SACRAMENTO, CA 95833 |
| 5. | CEMEX, INC. | C/O CORPORATE CREATIONS NETWORK INC.<br>7801 FOLSOM BLVD. #202<br>SACRAMENTO, CA 95826 |
| 6. | COLUMBIA PACIFIC ALUMINUM CORPORATION | C/O KENNETH D. PETERSON, PRESIDENT<br>2401 NW WALDEN DRIVE<br>CAMAS, WA 98607 |
| 7. | CSS INVESTMENT COMPANY | C/O PAUL D'ARCY, ITS GENERAL PARTNER<br>4633 GRIST ROAD<br>MARIPOSA, CA 95338 |
| 8. | CW LIQUIDATING CORPORATION | C/O PATRICE O. PEAIRS, SECRETARY<br>29867 VALLE OLVERA<br>TEMECULA, CA 92591 |
| 9. | CYCLO PRODUCTS, INC. | LONZA INC.<br>C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 10. | DARNELL CASTER LLC | C/O BRENT BARGAR, REG. AGENT<br>1205 VIA ROMA<br>COLTON, CA 92324 |
| 11. | DART INDUSTRIES INC. | C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 12. | DAVRO, INC. | C/O BONNY S. ROSS, SECRETARY<br>2209 SOUTH "S" STREET<br>FORT SMITH, AR 72901 |

| | | |
|---|---|---|
| 13. | DCS DIVERSIFIED COATING SYSTEMS, INC. | C/O DAVID BLOCK, REG. AGENT<br>309 ECHELON ROAD<br>GREENVILLE, SC 29605 |
| 14. | DELAWARE ARROWHEAD PRODUCTS CORPORATION | C/O NICK HOILES, CEO<br>4411 KATELLA AVENUE<br>LOS ALAMITOS, CA 90720 |
| 15. | EMERALD EQUITIES, I | C/O ELDON EAKIN, PRESIDENT<br>12910 W. SKYVIEW DRIVE<br>SUN CITY, AZ 85375 |
| 16. | ENERGY DEVELOPMENT CORP. | C/O STEPHEN T. HARRIS, CEO<br>20682 QUEENS PARK LANE<br>HUNTINGTON BEACH, CA 92646 |
| 17. | ENERGY TRANSFER LP | C/O CSC-LAWYERS INCORPORATING SERVICE<br>211 E. 7TH STREET, SUITE 620<br>AUSTIN, TX 78701 |
| 18. | ENVIRI CORPORATION | C/O CSC LAWYERS INCORPORATING SERVICE<br>2710 GATEWAY OAKS DRIVE<br>SACRAMENTO, CA 95833 |
| 19. | FLINT HILLS RESOURCES, L.P. | C/O UNITED AGENT GROUP INC.<br>4601 E. DOUGLAS AVE. #700<br>WICHITA, KS 67218 |
| 20. | FURUKAWA ELECTRIC NORTH AMERICA, INC. | C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 21. | GK TECHNOLOGIES, INCORPORATED | C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 22. | GOLD-PAK INTERNATIONAL, INC. | NEW BRISTOL FARMS, INC.<br>C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 23. | HARBANS BAWA, AS TRUSTEE OF THE BAWA FAMILY TRUST | 7440 SAN FERNANDO ROAD<br>SUN VALLEY, CA 91352 |
| 24. | BARINDER BAWA, AS TRUSTEE OF THE BAWA FAMILY TRUST | 18791 HAVEN LANE<br>YORBA LINDA, CA 92886 |
| 25. | HERAEUS METAL PROCESSING, INC. | C/O CALIFORNIA SECRETARY OF STATE<br>1500 11TH STREET 3RD FLOOR, ROOM 390<br>SACRAMENTO, CA 95814 |
| 26. | JENN FENG INDUSTRIAL TOOLS CO., LTD. | NO. 33, LN. 433, SEC. 2<br>ZHONGZHENG RD., ZHONGLI DIST.<br>TAOYUAN CITY, TAIWAN 30251<br>ATTN: PRESIDENT |
| 27. | JERSEYMAID MILK PRODUCTS, INC. | C/O ROBERT P. BERMINGHAM, SECRETARY<br>828 MURIETTA DRIVE<br>ARCADIA, CA 91007 |

| 28. | KINDER MORGAN LIQUIDS TERMINALS LLC | C/O CAPITOL CORPORATE SERVICES, INC. 455 CAPITOL MALL COMPLEX, SUITE 217 SACRAMENTO, CA 95814 |
|---|---|---|
| 29. | KING RESOURCES, INC. | C/O JANET KING, OFFICER 7310 SEAWALL BLVD. #807 GALVESTON, TX 77551 |
| 30. | KNIGHTS J3, INC. | C/O BRADLEY DERUITER, PRESIDENT 19344 KILFINAN STREET PORTER RANCH, CA 91326 |
| 31. | KOCH FUELS, INC. | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET 3RD FLOOR, ROOM 390 SACRAMENTO, CA 95814 |
| 32. | KSI DISC PRODUCTS, INC. | C/O NELSON C. BAXLEY, VP 2451 W. HOLT AVENUE EL CENTRO, CA 92243 |
| 33. | L.A. GAUGE COMPANY, INC. | C/O HARBANS BAWA, REG. AGENT 7440 SAN FERNANDO ROAD SUN VALLEY, CA 91352 |
| 34. | LESS HASSLE, INC. | C/O RONALD GOODMAN, REG. AGENT 4512 ROXBURY ROAD CORONA DEL MAR, CA 92625 |
| 35. | LTI HOLDINGS, INC. | C/O COGENCY GLOBAL INC. 1325 "J" STREET, SUITE 1550 SACRAMENTO, CA 95814 |
| 36. | MARCOR ENVIRONMENTAL, INC. | C/O DAVID A. JUNGERS, PRESIDENT 531 OLD CHURCH ROAD PEARISBURG, VA 24134 |
| 37. | MOSAIC GLOBAL HOLDINGS INC. | C/O CORPORATION SERVICE COMPANY 1201 HAYS STREET TALLAHASSEE, FL 32301 |
| 38. | PCC FLOW TECHNOLOGIES HOLDINGS, INC. | C/O ROGER A. COOKE, VP 1910 S.W. MYRTLE STREET PORTLAND, OR 97201 |
| 39. | PYROTRONICS CORPORATION | C/O RAY ARTHUN, PRESIDENT 965 NW FIRWOOD BLVD. ISSAQUAH, WA 98027 |
| 40. | RB&W MANUFACTURING LLC | C/O ROBERT D. VILSACK, SECRETARY 10080 WELLMAN ROAD STREETSBORO, OH 44241 |
| 41. | RECOLOGY LOS ANGELES | C/O ROXANNE L. FRYE, REG. AGENT 50 CALIFORNIA ST., 24TH FLOOR SAN FRANCISCO, CA 94111 |
| 42. | ROBERT MANUFACTURING COMPANY | C/O JOSH DE SISTO, CFO 2200 BELMONT AVENUE LONG BEACH, CA 90815 |

| 43. | SAN DIEGO PIPELINE COMPANY | C/O SANTA FE PACIFIC PIPELINES PARTNERS, L.P. C/O R. GREGORY CUNNINGHAM, AGENT 29757 SANDY CT. CATHEDRAL CITY, CA 92234 |
|---|---|---|
| 44. | SHARED TECHNOLOGIES FAIRCHILD TELECOM, INC. | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET 3RD FLOOR, ROOM 390 SACRAMENTO, CA 95814 |
| 45. | SOUTHERN SERVICE COMPANY | C/O DAVID VAN VLIET, CEO 9461 CHARTWELL BREEZE DRIVE ESTERO, FL 34135 |
| 46. | SOUTHWEST FOREST PRODUCTS, INC. | C/O SCOTT G. VAN DER TOORN, PRESIDENT 2828 S. 35TH AVENUE PHOENIX, AZ 85009 |
| 47. | STANDARD INDUSTRIES, INC. | 9 WEST 57TH STREET, 47th FLOOR NEW YORK, NY 10019 ATTN: PRESIDENT |
| 48. | THE MARTIN LINEN SUPPLY COMPANY | C/O SUSAN J. TROY, CEO 10481 LINDBROOK DRIVE LOS ANGELES, CA 90024 |
| 49. | THE TIMES MIRROR COMPANY | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET 3RD FLOOR, ROOM 390 SACRAMENTO, CA 95814 |
| 50. | THF HOLDING CO. | C/O JOHN RICHARDSON, REG. AGENT 11216 PENDLETON ST. SUN VALLEY, CA 91352 |
| 51. | THOMPSON ENERGY RESOURCES, LLC | C/O CHRISTOPHER J. CARROLL, REG. AGENT 9190 IRVINE CENTER DRIVE IRVINE, CA 92618 |
| 52. | TRAMMELL CROW COMPANY | C/O LISA SHER, GENERAL COUNSEL 2121 N. PEARL STREET, SUITE 300 DALLAS, TX 75201 |
| 53. | TRAMMELL CROW COMPANY, LLC | C/O CSC LAWYERS INCORPORATING SERVICE 2710 GATEWAY OAKS DRIVE SACRAMENTO, CA 95833 |
| 54. | TRANSMIX CORPORATION | CEMEX, INC. C/O CORPORATE CREATIONS NETWORK INC. 7801 FOLSOM BLVD. #202 SACRAMENTO, CA 95826 |
| 55. | ZIMMER SERVICE CENTER | C/O ARTHUR ZIMMER, PRESIDENT & AGENT 11018 WATERFIELD LANE INDIANAPOLIS, IN 46235 |