1  **HINSON GRAVELLE & ADAIR LLP**
   Douglas A. Gravelle (SBN 166110)
2  gravelle@hinsongravelle.com
   K. Eric Adair (SBN 150650)
3  adair@hinsongravelle.com
   27240 Turnberry Lane, Suite 200
4  Valencia, CA 91355
   Telephone: 661-294-0116
5

   Attorneys for Plaintiffs
6  BKK WORKING GROUP, an unincorporated
   association, and individual members identified
7  below

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11

12  | BKK WORKING GROUP, et al., | **Case No. 2:18-cv-05836-MWF-PLA** |
    |---|---|
13  | Plaintiffs, | **PLAINTIFFS' [NINETY THIRD] NOTICE OF DISMISSAL OF TOOLEY & CO. INC., TRAMMELL CROW COMPANY, AND TRAMMELL CROW COMPANY, LLC** |
14  | vs. | |
15  | ALBERTSONS COMPANIES, INC., et al., | |
16  | | |
17  | Defendants. | |

**PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN DEFENDANT(S)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss without prejudice the following Defendant(s) from the present action: (i) Tooley & Co. Inc., (ii) Trammell Crow Company, and (iii) Trammell Crow Company, LLC.

Dated: February 5, 2025                          HINSON GRAVELLE & ADAIR LLP

By   /s/ Douglas A. Gravelle
Douglas A. Gravelle,
Attorneys for Plaintiffs
BKK WORKING GROUP, an
unincorporated association, and
individual members identified
above