1  **HINSON GRAVELLE & ADAIR LLP**
   Douglas A. Gravelle (SBN 166110)
2  gravelle@hinsongravelle.com
   K. Eric Adair (SBN 150650)
3  adair@hinsongravelle.com
   27240 Turnberry Lane, Suite 200
4  Valencia, CA 91355
   Telephone: 661-294-0116
5
   Attorneys for Plaintiffs
6  BKK WORKING GROUP, an unincorporated
   association, and individual members identified
7  below

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  BKK WORKING GROUP, et al.,          **Case No. 2:18-cv-05836-MWF-PLA**

13             Plaintiffs,              **PLAINTIFFS' [ONE HUNDRED AND SIXTH] NOTICE OF DISMISSAL OF U.S. FILTERS**
14       vs.

15  ALBERTSONS COMPANIES, INC.,
    et al.,
16
17             Defendants.

---

PLAINTIFFS' [ONE HUNDRED AND SIXTH] NOTICE OF DISMISSAL
(2:18-CV-05836-MWF-PLA)

1

**PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN DEFENDANT(S)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss without prejudice the following Defendant(s) from the present action: (i) U.S. Filters.

Dated: March 26, 2025

HINSON GRAVELLE & ADAIR LLP

By  /s/ Douglas A. Gravelle
Douglas A. Gravelle,
Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and individual members identified above