# EXHIBIT A




DATE | REVISION | NO.

SHEET TITLE: LA COUNTY PARCEL MAP NO. 60193 BOUNDARIES

PROJECT TITLE: BKK LANDFILL
2210 S. AZUSA AVE.
WEST COVINA, CALIFORNIA 91792

CLIENT: BKK WORKING GROUP c/o
Project Navigator, Ltd.
ONE POINTE DRIVE, SUITE 320
BREA, CALIFORNIA 92821

**SCS ENGINEERS**
ENVIRONMENTAL CONSULTANTS
3900 KILROY AIRPORT WAY, SUITE 100
LONG BEACH, CA 90806
PH. (562) 426-9544 FAX. (562) 427-0805

PROJ. NO. 07205024.90 | DWN. BY: V. CHEW | ACAD FILE: -
DSN. BY: K. PIERCE | CHK. BY: C. FONG | APP. BY: C. FONG

DATE: 11-31-2016

SCALE: SEE SHEET

1 of 1

D:\BKK\CAD\DRAWINGS\MASTERS\PARCELS MASTER 06-27-18.dwg Jun 27, 2018 – 1:6pm By: 2957vgc