# EXHIBIT G

# EXHIBIT G

## Defendants Subject to the First Claim for Relief for Contribution, CERCLA § 113(f)

*Note: "X" indicates that Plaintiffs are seeking recovery of costs incurred pursuant to the indicated Consent Decree from that particular Defendant, while "N/A" means they are not.*

| | Defendant Name | First Consent Decree (entered 3/9/06) | Second Consent Decree (entered 8/10/10) | Third Partial Consent Decree (entered 7/24/15) | Amended Third Partial Consent Decree (entered 10/18/16) |
|---|---|---|---|---|---|
| 1. | A.B. Dick Co. | N/A | N/A | X | X |
| 2. | Aamco Transmissions | N/A | N/A | X | X |
| 3. | AAR Corp. | N/A | N/A | X | X |
| 4. | ACH Food Companies, Inc. | N/A | N/A | X | X |
| 5. | Advanced Coatings Inc. | N/A | N/A | X | X |
| 6. | Aerosol Services Co. Inc. | N/A | N/A | X | X |
| 7. | Air Industries Corp. | N/A | N/A | X | X |
| 8. | Air Liquide America LP | N/A | N/A | X | X |
| 9. | Albertsons Companies, Inc. | N/A | N/A | X | X |
| 10. | Alkid Corporation | N/A | N/A | X | X |
| 11. | Alpha Technologies Group, Inc. | N/A | N/A | X | X |
| 12. | Amcord, Inc. | N/A | N/A | X | X |
| 13. | American Appliance Manufacturing Corp. | N/A | N/A | X | X |
| 14. | American Can Company | N/A | N/A | X | X |
| 15. | American Chemical & Refining | N/A | N/A | X | X |
| 16. | American Pacific International Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 17. | American Scientific Products | N/A | N/A | X | X |
| 18. | American Tool & Engineering Corp. | N/A | N/A | X | X |
| 19. | Ameripride Services, LLC | N/A | N/A | X | X |
| 20. | AMF Tubescope Inc. | N/A | N/A | X | X |
| 21. | Anchor Operating, Inc. | N/A | N/A | X | X |
| 22. | Andrew California Corp. | N/A | N/A | X | X |
| 23. | Angelica Textile Services Inc. | N/A | N/A | X | X |
| 24. | Anodyne Inc. | N/A | N/A | X | X |
| 25. | Apex International Alloys | N/A | N/A | X | X |
| 26. | Applied Magnetics Corp. | N/A | N/A | X | X |
| 27. | Argo Petroleum Corp. | N/A | N/A | X | X |
| 28. | Arrowhead Mountain Spring Water Company | N/A | N/A | X | X |
| 29. | Arnold Circuits, Inc. | N/A | N/A | N/A | N/A |
| 30. | Arnold Engineering Co. | N/A | N/A | X | X |
| 31. | Atomica Corp. | N/A | N/A | X | X |
| 32. | Axel Johnson, Inc. | N/A | N/A | X | X |
| 33. | AZON Corporation | N/A | N/A | X | X |
| 34. | B. Jadow and Sons, Inc. | N/A | N/A | X | X |
| 35. | BAE Systems San Diego Ship Repair Inc. | N/A | N/A | N/A | N/A |
| 36. | Bausch Health Americas, Inc. | N/A | N/A | X | X |
| 37. | Baxter International Inc. | N/A | N/A | X | X |
| 38. | Beatrice/Hunt-Wesson, Inc. | N/A | N/A | X | X |
| 39. | Beazer East, Inc. | N/A | X | X | X |
| 40. | Beckman Coulter Inc. | N/A | X | X | X |
| 41. | Bernard Epps & Co. | N/A | N/A | X | X |
| 42. | Bethlehem Steel Corp. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 43. | Beverly Hills Oil Company | N/A | N/A | N/A | N/A |
| 44. | BFI XV Realty Fund Ltd. | N/A | N/A | X | X |
| 45. | Big Three Industries Inc. | N/A | N/A | X | X |
| 46. | Bingo Management, Inc. dba Zinger Management, Inc. | N/A | N/A | X | X |
| 47. | Birtcher Pacific | N/A | N/A | X | X |
| 48. | Bostik, Inc. | N/A | N/A | X | X |
| 49. | Brooks & Perkins Brownline Division | N/A | N/A | X | X |
| 50. | Bulk Services, Inc | N/A | N/A | X | X |
| 51. | Bunge Oils, Inc | N/A | N/A | X | X |
| 52. | Byron Jackson Pumps | N/A | N/A | X | X |
| 53. | Cal-Aurum Industries | N/A | N/A | X | X |
| 54. | Cal-Chem Cleaning Co., Inc. | N/A | N/A | X | X |
| 55. | Cal Nev Pipeline Co. | N/A | N/A | X | X |
| 56. | Cal Style Furniture Manufacturing Co. | N/A | N/A | X | X |
| 57. | Cali-Blok | N/A | N/A | X | X |
| 58. | California Carpet Co. | N/A | N/A | X | X |
| 59. | Calgon Carbon Corporation | N/A | N/A | N/A | N/A |
| 60. | Calprotech Inc. | N/A | N/A | X | X |
| 61. | Capital Parade USA, Inc. | N/A | N/A | X | X |
| 62. | Cargill Inc. | N/A | X | X | X |
| 63. | Castle & Cooke, Inc. | N/A | N/A | X | X |
| 64. | Cemex, Inc. | N/A | N/A | N/A | N/A |
| 65. | Cerro Corporation | N/A | N/A | X | X |
| 66. | Certified Grocers of Cal. | N/A | N/A | X | X |
| 67. | Cia Minera De Cananea SA | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 68. | Circuit One Div. of LH Research Inc. | N/A | N/A | X | X |
| 69. | Cleveland Wrecking Co. | N/A | N/A | X | X |
| 70. | Coast Plating, Inc. | N/A | N/A | X | X |
| 71. | Cognis Corp. | N/A | N/A | X | X |
| 72. | Columbia Pictures | N/A | N/A | X | X |
| 73. | Conagra Brands, Inc. | N/A | N/A | X | X |
| 74. | Control Components Inc. | N/A | N/A | X | X |
| 75. | Coscol Petroleum Corporation | N/A | N/A | X | X |
| 76. | Cragar Industries | N/A | N/A | X | X |
| 77. | Crain Industries, Inc. | N/A | N/A | N/A | N/A |
| 78. | Crain Western, Inc. | N/A | N/A | N/A | N/A |
| 79. | Crescent Transportation | N/A | N/A | X | X |
| 80. | Criton Corporation | N/A | N/A | X | X |
| 81. | Crockett Container Corp. | N/A | N/A | X | X |
| 82. | Crowley Inc. | N/A | N/A | X | X |
| 83. | Crown Central LLC | N/A | N/A | X | X |
| 84. | Crown Central Petroleum Corporation | N/A | N/A | X | X |
| 85. | Crown Zellerbach Co. | N/A | N/A | X | X |
| 86. | CSS Investment Company | N/A | N/A | X | X |
| 87. | Cummins Service & Sales Inc. | N/A | N/A | X | X |
| 88. | CW Liquidating Corporation | N/A | N/A | X | X |
| 89. | Cyclo Products, Inc. | N/A | N/A | X | X |
| 90. | Daiwa Corp. | N/A | N/A | X | X |
| 91. | Darnell Caster LLC | N/A | N/A | X | X |
| 92. | Darnell Corp. | N/A | N/A | X | X |
| 93. | Darnell-Rose | N/A | N/A | X | X |
| 94. | Dart Industries Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 95. | Data Products Corp. | N/A | N/A | X | X |
| 96. | Davis Investment Co. | N/A | N/A | X | X |
| 97. | Davro, Inc | N/A | N/A | X | X |
| 98. | DCS Diversified Coating Systems, Inc. | N/A | N/A | X | X |
| 99. | Decratrend Corp. | N/A | N/A | X | X |
| 100. | Delaware Arrowhead Products Corporation | N/A | N/A | N/A | N/A |
| 101. | Delaware Outsourcing Services Group, Inc. | N/A | N/A | X | X |
| 102. | Delek US Holdings, Inc. | N/A | N/A | X | X |
| 103. | Denso Products and Services Americas, Inc. | N/A | N/A | X | X |
| 104. | Desoto Inc. | N/A | N/A | X | X |
| 105. | Devon Energy Corp. | N/A | N/A | X | X |
| 106. | Diamond International Corp. | N/A | N/A | X | X |
| 107. | Disposal Control Service, Inc. | N/A | N/A | N/A | N/A |
| 108. | Don Kott Ford | N/A | N/A | X | X |
| 109. | Drackett Co. | N/A | N/A | X | X |
| 110. | Durex Inc. | N/A | N/A | X | X |
| 111. | E.T.C. Carpet Mills, Ltd. | N/A | N/A | X | X |
| 112. | ElFab Corp. | N/A | N/A | X | X |
| 113. | Electronic Materials Corp. | N/A | N/A | X | X |
| 114. | Electro-Etch Circuits Inc. | N/A | N/A | X | X |
| 115. | Elevate Textiles, Inc. | N/A | N/A | X | X |
| 116. | Emerald Equities | N/A | N/A | X | X |
| 117. | Emerald Equities, I | N/A | N/A | X | X |
| 118. | Emery Industries Inc. | N/A | N/A | X | X |
| 119. | Employbridge LLC | N/A | N/A | X | X |
| 120. | Emrise Electronics Corp. | N/A | N/A | N/A | N/A |
| 121. | Energy Development Co. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| | Inc. | | | | |
| 122. | Energy Development Corp. | N/A | N/A | X | X |
| 123. | Energy Transfer LP | N/A | N/A | X | X |
| 124. | Enliven Marketing Technologies Corporation | N/A | N/A | X | X |
| 125. | Enviri Corporation | N/A | N/A | X | X |
| 126. | Environmental Control Systems Inc. | N/A | N/A | X | X |
| 127. | Epec Oil Co. Liquidating Trust | N/A | N/A | N/A | N/A |
| 128. | Evergreen Pacific Partners | N/A | N/A | X | X |
| 129. | Fairchild Industries | N/A | N/A | X | X |
| 130. | Fairchild Semiconductor International, Inc. | N/A | N/A | N/A | N/A |
| 131. | Federal Express Corporation | N/A | N/A | X | X |
| 132. | Federal Reserve Bank | N/A | N/A | X | X |
| 133. | Fletcher Oil & Refining Co. | N/A | N/A | X | X |
| 134. | Flight Accessory Service | N/A | N/A | X | X |
| 135. | Flint Hills Resources, L.P. | N/A | N/A | X | X |
| 136. | Flowserve Corporation | N/A | N/A | X | X |
| 137. | Fotomat Labs Inc. | N/A | N/A | X | X |
| 138. | Flying Tigers Line | N/A | N/A | X | X |
| 139. | FORCO Liquidation Trust | N/A | N/A | X | X |
| 140. | Franciscan Ceramics Inc. | N/A | N/A | X | X |
| 141. | Frazee Industries | N/A | N/A | X | X |
| 142. | FMC Corporation | N/A | N/A | X | X |
| 143. | Foster-Forbes Glass Co. | N/A | N/A | X | X |
| 144. | Frontier California, Inc. | N/A | N/A | X | X |
| 145. | Furukawa Electric North America, Inc. | N/A | N/A | X | X |
| 146. | G.W.A. Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 147. | Gates Admiral | N/A | N/A | X | X |
| 148. | GATX | N/A | X | X | X |
| 149. | GATX Corp. | N/A | X | X | X |
| 150. | GATX Terminals Corp. | N/A | N/A | N/A | N/A |
| 151. | GE Betz, Inc. | N/A | X | X | X |
| 152. | General Battery Corp. | N/A | N/A | X | X |
| 153. | General Mills, Inc. | N/A | N/A | X | X |
| 154. | General Telephone Co. | N/A | N/A | N/A | N/A |
| 155. | Genstar Roofing Products Company, Inc. | N/A | N/A | X | X |
| 156. | Georgia-Pacific LLC | N/A | N/A | X | X |
| 157. | Gerald Metals, Inc. | N/A | N/A | X | X |
| 158. | GK Technologies, Incorporated | N/A | N/A | X | X |
| 159. | Glass Containers Corp. | N/A | N/A | X | X |
| 160. | Gold-Pak International, Inc. | N/A | N/A | X | X |
| 161. | Greer Hydraulics Inc. | N/A | N/A | X | X |
| 162. | Grupo Mexico SAB de CV | N/A | N/A | X | X |
| 163. | Hallmark Circuits Inc. | N/A | N/A | X | X |
| 164. | Handy & Harman | N/A | N/A | X | X |
| 165. | Harbans Bawa as Trustee of the Bawa Family Trust | N/A | N/A | X | X |
| 166. | Barinder Bawa as Trustee of the Bawa Family Trust | N/A | N/A | X | X |
| 167. | Hawker Pacific Aerospace | N/A | N/A | X | X |
| 168. | Heist Maintenance Services Inc. | N/A | N/A | X | X |
| 169. | Henry Company LLC | N/A | N/A | N/A | N/A |
| 170. | Henry Soss & Co. Inc. | N/A | N/A | X | X |
| 171. | Heraeus Metal Processing, Inc. | N/A | N/A | X | X |
| 172. | Herco Technology Corp. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 173. | Hess Corporation | N/A | N/A | X | X |
| 174. | Hill Brothers Chemical Co. | N/A | N/A | X | X |
| 175. | Hillcrest Beverly Oil Corp. | N/A | N/A | X | X |
| 176. | Hoffman Electronics | N/A | N/A | X | X |
| 177. | Hollytex Carpet Mills, Inc. | N/A | N/A | X | X |
| 178. | Howmet Aerospace Inc. | N/A | N/A | X | X |
| 179. | Hoya Corporation USA | N/A | N/A | X | X |
| 180. | HR Textron Inc. | N/A | N/A | N/A | N/A |
| 181. | HTW Industries Inc. | N/A | N/A | X | X |
| 182. | Humko Products | N/A | N/A | X | X |
| 183. | Huntington/Pacific Ceramics, Inc. | N/A | N/A | X | X |
| 184. | Hutchinson Aerospace & Industry, Inc. | N/A | N/A | X | X |
| 185. | ICN Pharmaceuticals | N/A | N/A | X | X |
| 186. | ICX Industries, Inc. | N/A | N/A | X | X |
| 187. | Imco Services | N/A | X | X | X |
| 188. | IMI Critical Engineering LLC | N/A | N/A | X | X |
| 189. | Industrial Circuits | N/A | N/A | X | X |
| 190. | Industrial Insulations Incorporated | N/A | N/A | N/A | N/A |
| 191. | Industrial Tectonics Bearings Corporation | N/A | N/A | X | X |
| 192. | Inland Container Corp. | N/A | N/A | X | X |
| 193. | Inland Paperboard and Packaging, Inc. | N/A | N/A | X | X |
| 194. | International Polymer Corp. | N/A | N/A | X | X |
| 195. | I.T. Corp. | N/A | N/A | N/A | N/A |
| 196. | ITT LLC | N/A | X | X | X |
| 197. | J.C. Inc. | N/A | N/A | X | X |
| 198. | JCI Environmental | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| | Services | | | | |
| 199. | Jeld-Wen, Inc. | N/A | N/A | X | X |
| 200. | Jenn Feng Industrial Tools Co., Ltd. | N/A | N/A | X | X |
| 201. | Jerseymaid Milk Products, Inc. | N/A | N/A | X | X |
| 202. | Johnson Controls Inc. | N/A | N/A | X | X |
| 203. | Johnston Pump Co. | N/A | N/A | X | X |
| 204. | Jonathan Manufacturing Corp. | N/A | N/A | X | X |
| 205. | Joslyn Manufacturing & Supply Co. | N/A | N/A | X | X |
| 206. | Joslyn Manufacturing Company, LLC | N/A | N/A | X | X |
| 207. | Kaiser Rollmet Inc. | N/A | N/A | X | X |
| 208. | Kaynar Manufacturing Co. | N/A | N/A | X | X |
| 209. | Keuffel & Esser Co. | N/A | N/A | X | X |
| 210. | Kinder Morgan Energy Partners, L.P. | N/A | X | X | X |
| 211. | Kinder Morgan Liquids Terminals LLC | N/A | N/A | N/A | N/A |
| 212. | King Resources, Inc. | N/A | N/A | X | X |
| 213. | Knights J3, Inc. | N/A | N/A | X | X |
| 214. | Koch Fuels, Inc. | N/A | N/A | X | X |
| 215. | Konica Photo Service U.S.A., Inc. | N/A | N/A | X | X |
| 216. | Korbel Capital LLC | N/A | N/A | X | X |
| 217. | Kraft Heinz Foods Company | N/A | N/A | X | X |
| 218. | Krazy Glue Inc. | N/A | N/A | X | X |
| 219. | KSI Disc Products, Inc. | N/A | N/A | X | X |
| 220. | L.A. Gauge Company, Inc. | N/A | N/A | X | X |
| 221. | Less Hassle, Inc. | N/A | N/A | X | X |
| 222. | Lockhart Industries | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 223. | Long Beach Fabricators Inc. | N/A | N/A | X | X |
| 224. | Lonza Inc. | N/A | N/A | X | X |
| 225. | Lucky Stores Inc. | N/A | N/A | X | X |
| 226. | Lucky Stores LLC | N/A | N/A | X | X |
| 227. | LTI Holdings, Inc. | N/A | N/A | X | X |
| 228. | M-I L.L.C. *aka* and/or *dba* M-I Swaco | N/A | X | X | X |
| 229. | Manhattan Beach Holding Corp. | N/A | N/A | X | X |
| 230. | Marco Chemical Co. | N/A | N/A | X | X |
| 231. | Marcor Environmental, Inc. | N/A | N/A | X | X |
| 232. | Marten Management Co. | N/A | N/A | X | X |
| 233. | Martin Marietta Southern California Aggregates, LLC | N/A | N/A | X | X |
| 234. | Masco Corporation | N/A | N/A | X | X |
| 235. | Mazda Motor of America, Inc. | N/A | N/A | X | X |
| 236. | Mazda North America | N/A | N/A | X | X |
| 237. | MCA Laboratories | N/A | N/A | X | X |
| 238. | McCulloch Corp. | N/A | N/A | X | X |
| 239. | McKay Chemical Co. | N/A | N/A | X | X |
| 240. | Mead Johnson & Company | N/A | N/A | X | X |
| 241. | Merchants Metals LLC | N/A | N/A | X | X |
| 242. | Merel Co. Inc. | N/A | N/A | X | X |
| 243. | Metal Box Can | N/A | N/A | X | X |
| 244. | MGF Industries | N/A | N/A | X | X |
| 245. | Monogram/Peacock Manufacturing | N/A | N/A | X | X |
| 246. | Mosaic Global Holdings Inc. | N/A | N/A | X | X |
| 247. | Mr. Gasket Company | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 248. | MRC Holdings, Inc. | N/A | N/A | X | X |
| 249. | Narmco Materials Inc. | N/A | N/A | X | X |
| 250. | NavCom Defense Electronics, Inc. | N/A | N/A | X | X |
| 251. | NEC Liquidation Corp. | N/A | N/A | N/A | N/A |
| 252. | New Bristol Farms, Inc. | N/A | N/A | X | X |
| 253. | New Fashion Cleaners | N/A | N/A | X | X |
| 254. | Nippondenso of Los Angeles | N/A | N/A | X | X |
| 255. | North American Environmental | N/A | N/A | X | X |
| 256. | Novartis Corp. | N/A | N/A | X | X |
| 257. | Orange County Sanitation District | N/A | N/A | N/A | N/A |
| 258. | Pacific Anchor Chemical Corp. | N/A | N/A | X | X |
| 259. | Pacific Intermountain Express | N/A | N/A | X | X |
| 260. | Pacific Oasis | N/A | N/A | X | X |
| 261. | Pacific Southwest Airlines | N/A | N/A | X | X |
| 262. | Pactiv LLC | N/A | X | X | X |
| 263. | Paint & Coatings Corp. | N/A | N/A | X | X |
| 264. | Panel Air Corp. | N/A | N/A | X | X |
| 265. | Parsons Corporation | N/A | N/A | X | X |
| 266. | Pauley Petroleum Co. | N/A | N/A | X | X |
| 267. | PCC Flow Technologies Holdings, Inc. | N/A | N/A | X | X |
| 268. | PCC Rollmet, Inc. | N/A | N/A | X | X |
| 269. | Peairs Engineers | N/A | N/A | X | X |
| 270. | Peat Manufacturing Co. | N/A | N/A | X | X |
| 271. | Pervo International, Inc. | N/A | N/A | X | X |
| 272. | Petro Lewis Corp. | N/A | N/A | X | X |
| 273. | PGP Industries Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 274. | Pioneer Electronics (USA) Inc. | N/A | N/A | X | X |
| 275. | Pillsbury Co. | N/A | N/A | X | X |
| 276. | PRC–DeSoto International Inc. | N/A | N/A | X | X |
| 277. | Precision Castparts Corp. | N/A | N/A | X | X |
| 278. | Presstek, LLC | N/A | N/A | X | X |
| 279. | Price Pfister *nka* Pfister | N/A | N/A | X | X |
| 280. | Printed Circuits, Inc. | N/A | N/A | X | X |
| 281. | Products Research & Chemical Corp. | N/A | N/A | X | X |
| 282. | Proto Tool | N/A | N/A | X | X |
| 283. | Pure Source LLC | N/A | N/A | X | X |
| 284. | Purex Corp. | N/A | N/A | X | X |
| 285. | Purex Industries, Inc. | N/A | N/A | X | X |
| 286. | Pyrotronics Corporation | N/A | N/A | X | X |
| 287. | Qarbon Aerospace Inc. | N/A | N/A | X | X |
| 288. | Rachelle Laboratories, Inc. | N/A | N/A | N/A | N/A |
| 289. | Ralph M. Parsons Co. | N/A | N/A | X | X |
| 290. | RB&W Manufacturing LLC | N/A | N/A | X | X |
| 291. | Redken Laboratories Inc. | N/A | N/A | X | X |
| 292. | Reisner Metals | N/A | N/A | X | X |
| 293. | Replacement Parts Manufacturing | N/A | N/A | X | X |
| 294. | Rexam Beverage Can Company | N/A | X | X | X |
| 295. | Reyes Coca-Cola Bottling, L.L.C. | N/A | N/A | N/A | N/A |
| 296. | Richardson & Holland | N/A | N/A | X | X |
| 297. | Ricoh Electronics, Inc. | N/A | N/A | X | X |
| 298. | Ricoh Printing Systems America Inc. | N/A | N/A | X | X |
| 299. | Rio Tinto Alcan Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 300. | Robert Manufacturing Company | N/A | N/A | X | X |
| 301. | Roller Bearing Company of America, Inc. | N/A | N/A | X | X |
| 302. | Royal Aluminum Co. | N/A | N/A | X | X |
| 303. | Russell Burdsall & Ward Inc. | N/A | N/A | X | X |
| 304. | S.C. Johnson & Son, Inc. | N/A | N/A | X | X |
| 305. | Safeway Stores Inc. | N/A | X | X | X |
| 306. | Safran Seats USA LLC | N/A | N/A | X | X |
| 307. | San Diego Pipeline Company | N/A | N/A | X | X |
| 308. | Sandia Metal Process, Inc. | N/A | N/A | X | X |
| 309. | Sargent Industries | N/A | N/A | X | X |
| 310. | Schlumberger, Ltd. | N/A | N/A | N/A | N/A |
| 311. | Schlumberger N.V. | N/A | N/A | X | X |
| 312. | SemGroup Corporation | N/A | N/A | X | X |
| 313. | Shared Technologies Fairchild Telecom, Inc. | N/A | N/A | X | X |
| 314. | Shuwa Investments Corp | N/A | N/A | X | X |
| 315. | Sierra Pacific Container Corp. | N/A | N/A | X | X |
| 316. | Smith & Co. | N/A | N/A | X | X |
| 317. | Somacis Inc. | N/A | N/A | X | X |
| 318. | Sony Pictures Entertainment Inc. | N/A | N/A | X | X |
| 319. | Southern Pacific Pipe Lines, Inc. | N/A | X | X | X |
| 320. | Southern Service Company | N/A | N/A | X | X |
| 321. | Southwest Petro Chemical | N/A | N/A | X | X |
| 322. | Southwest Steel Rolling Mills | N/A | N/A | X | X |
| 323. | Standard Brands Paint Co. Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 324. | Standard Industrial Towel & Uniform | N/A | N/A | X | X |
| 325. | Standard Motor Products. Inc. | N/A | N/A | X | X |
| 326. | Structural Composite Industries | N/A | N/A | X | X |
| 327. | T.P. Industrial Inc. | N/A | N/A | X | X |
| 328. | TDY Industries, LLC | N/A | X | X | X |
| 329. | Telair US LLC | N/A | N/A | X | X |
| 330. | Tenneco Oil Co. | N/A | N/A | N/A | N/A |
| 331. | TFI International Inc. | N/A | N/A | X | X |
| 332. | The Marmon Group LLC | N/A | N/A | X | X |
| 333. | The Martin Linen Supply Company | N/A | N/A | X | X |
| 334. | The Times Mirror Company | N/A | N/A | X | X |
| 335. | The Termo Company | N/A | N/A | N/A | N/A |
| 336. | Thompson Drilling | N/A | N/A | N/A | N/A |
| 337. | Thompson Energy Resources, LLC | N/A | N/A | N/A | N/A |
| 338. | Times Mirror Press | N/A | N/A | X | X |
| 339. | Toyota Motor Manufacturing USA | N/A | X | X | X |
| 340. | Transmix Corporation | N/A | N/A | N/A | N/A |
| 341. | TRE Corp. | N/A | N/A | X | X |
| 342. | Tribune Publishing Company | N/A | N/A | X | X |
| 343. | TriMas Corporation | N/A | N/A | X | X |
| 344. | Triumph Group Operations | N/A | N/A | X | X |
| 345. | Triumph Thermal Systems, LLC | N/A | N/A | X | X |
| 346. | Trizec Properties | N/A | N/A | X | X |
| 347. | Trojan Battery Co. | N/A | N/A | X | X |
| 348. | Truck Transport | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 349. | Truckomat Corporation | N/A | N/A | N/A | N/A |
| 350. | TRZ Holdings IV LLC | N/A | N/A | X | X |
| 351. | U.S. Borax & Chemical Corp. | N/A | N/A | X | X |
| 352. | U.S. Borax, Inc. | N/A | N/A | X | X |
| 353. | U.S. Brass Division | N/A | N/A | X | X |
| 354. | U.S. Reduction Co. | N/A | N/A | X | X |
| 355. | Ultramar Inc. | N/A | N/A | N/A | N/A |
| 356. | UNFI Grocers Distribution, Inc. | N/A | N/A | X | X |
| 357. | United Coatings Inc. | N/A | N/A | X | X |
| 358. | USG Corporation | N/A | N/A | X | X |
| 359. | Valentec International Corp. | N/A | N/A | X | X |
| 360. | Valero Energy Corporation | N/A | N/A | N/A | N/A |
| 361. | Van De Kamp | N/A | N/A | X | X |
| 362. | Varco International | N/A | N/A | N/A | N/A |
| 363. | Vest, Inc. | N/A | N/A | X | X |
| 364. | VF Corporation | N/A | N/A | X | X |
| 365. | Vons Companies Inc. | N/A | N/A | X | X |
| 366. | Vought Aircraft Industries Inc. | N/A | N/A | X | X |
| 367. | W.L. Chapman Co. | N/A | N/A | X | X |
| 368. | Weber Aircraft | N/A | N/A | X | X |
| 369. | Wells Marine Inc. | N/A | N/A | X | X |
| 370. | Weslock Corp. | N/A | N/A | X | X |
| 371. | Western Kraft Corp. | N/A | N/A | X | X |
| 372. | Western Lithograph | N/A | N/A | X | X |
| 373. | Western Synthetic Felt Co. | N/A | N/A | X | X |
| 374. | Westminster Ceramics Inc. | N/A | N/A | X | X |
| 375. | Whico Machine, Inc. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 376. | Whittaker Corp. | N/A | N/A | X | X |
| 377. | Windowmaster Products | N/A | N/A | X | X |
| 378. | Witco Corporation | N/A | N/A | X | X |
| 379. | Woodward HRT, Inc. | N/A | N/A | N/A | N/A |
| 380. | Wyman-Gordon Company | N/A | N/A | X | X |
| 381. | Xtra Energy | N/A | N/A | X | X |
| 382. | Yoplait USA | N/A | N/A | X | X |
| 383. | Zimmer Service Center | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499