JS-5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALBERTSONS COMPANIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-05836-MWF(PLAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS** |

Based on the parties' Joint Stipulation to Reschedule Hearing on Motion to Dismiss (Docket No. 508), and good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss Plaintiffs' Twelfth Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6) (Docket No. 437) is CONTINUED to September 15, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge