# EXHIBIT G

## Defendants Subject to the First Claim for Relief for Contribution, CERCLA § 113(f)

*Note: "X" indicates that Plaintiffs are seeking recovery of costs incurred pursuant to the indicated Consent Decree from that particular Defendant, while "N/A" means they are not.*

| | Defendant Name | First Consent Decree (entered 3/9/06) | Second Consent Decree (entered 8/10/10) | Third Partial Consent Decree (entered 7/24/15) | Amended Third Partial Consent Decree (entered 10/18/16) |
|---|---|---|---|---|---|
| 1. | A.B. Dick Co. | N/A | N/A | X | X |
| 2. | Aamco Transmissions | N/A | N/A | X | X |
| 3. | AAR Corp. | N/A | N/A | X | X |
| 4. | ACH Food Companies, Inc. | N/A | N/A | X | X |
| 5. | Advanced Coatings Inc. | N/A | N/A | X | X |
| 6. | Aerosol Services Co. Inc. | N/A | N/A | X | X |
| 7. | Air Liquide America LP | N/A | N/A | X | X |
| 8. | Albertsons Companies, Inc. | N/A | N/A | X | X |
| 9. | Alkid Corporation | N/A | N/A | X | X |
| 10. | Alpha Technologies Group, Inc. | N/A | N/A | X | X |
| 11. | Amcord, Inc. | N/A | N/A | X | X |
| 12. | American Appliance Manufacturing Corp. | N/A | N/A | X | X |
| 13. | American Can Company | N/A | N/A | X | X |
| 14. | American Chemical & Refining | N/A | N/A | X | X |
| 15. | American Pacific International Inc. | N/A | N/A | X | X |
| 16. | American Tool & | N/A | N/A | X | X |

|     |     |                                          |     |     |     |     |
| --- | --- | ---------------------------------------- | --- | --- | --- | --- |
|     |     | Engineering Corp.                        |     |     |     |     |
|     | 17. | AMF Tubescope Inc.                       | N/A | N/A | X   | X   |
|     | 18. | Anchor Operating, Inc.                   | N/A | N/A | X   | X   |
|     | 19. | Angelica Textile Services Inc.           | N/A | N/A | X   | X   |
|     | 20. | Anodyne Inc.                             | N/A | N/A | X   | X   |
|     | 21. | Applied Magnetics Corp.                  | N/A | N/A | X   | X   |
|     | 22. | Argo Petroleum Corp.                     | N/A | N/A | X   | X   |
|     | 23. | Arnold Circuits, Inc.                    | N/A | N/A | N/A | N/A |
|     | 24. | Atomica Corp.                            | N/A | N/A | X   | X   |
|     | 25. | Axel Johnson, Inc.                       | N/A | N/A | X   | X   |
|     | 26. | AZON Corporation                         | N/A | N/A | X   | X   |
|     | 27. | B. Jadow and Sons, Inc.                  | N/A | N/A | X   | X   |
|     | 28. | Beatrice/Hunt-Wesson, Inc.               | N/A | N/A | X   | X   |
|     | 29. | Beazer East, Inc.                        | N/A | X   | X   | X   |
|     | 30. | Beckman Coulter Inc.                     | N/A | X   | X   | X   |
|     | 31. | Before Pac, Inc.                         | N/A | N/A | N/A | N/A |
|     | 32. | BFI XV Realty Fund Ltd.                  | N/A | N/A | X   | X   |
|     | 33. | Big Three Industries Inc.                | N/A | N/A | X   | X   |
|     | 34. | Birtcher Pacific                         | N/A | N/A | X   | X   |
|     | 35. | Bostik, Inc.                             | N/A | N/A | X   | X   |
|     | 36. | Brooks & Perkins Brownline Division      | N/A | N/A | X   | X   |
|     | 37. | Bulk Services, Inc                       | N/A | N/A | X   | X   |
|     | 38. | Bunge Oils, Inc                          | N/A | N/A | X   | X   |
|     | 39. | Byron Jackson Pumps                      | N/A | N/A | X   | X   |
|     | 40. | Cal-Chem Cleaning Co., Inc.              | N/A | N/A | X   | X   |
|     | 41. | Cal Nev Pipeline Co.                     | N/A | N/A | X   | X   |
|     | 42. | Cal Style Furniture Manufacturing Co.    | N/A | N/A | X   | X   |

| | | | | | |
|---|---|---|---|---|---|
| 43. | California Carpet Co. | N/A | N/A | X | X |
| 44. | Calprotech Inc. | N/A | N/A | X | X |
| 45. | Capital Parade USA, Inc. | N/A | N/A | X | X |
| 46. | Cargill Inc. | N/A | X | X | X |
| 47. | Castle & Cooke, Inc. | N/A | N/A | X | X |
| 48. | Cemex, Inc. | N/A | N/A | N/A | N/A |
| 49. | Certified Grocers of Cal. | N/A | N/A | X | X |
| 50. | Cia Minera De Cananea SA | N/A | N/A | X | X |
| 51. | Circuit One Div. of LH Research Inc. | N/A | N/A | X | X |
| 52. | Cleveland Wrecking Co. | N/A | N/A | X | X |
| 53. | Cognis Corp. | N/A | N/A | X | X |
| 54. | Conagra Brands, Inc. | N/A | N/A | X | X |
| 55. | Control Components Inc. | N/A | N/A | X | X |
| 56. | Coscol Petroleum Corporation | N/A | N/A | X | X |
| 57. | Cragar Industries | N/A | N/A | X | X |
| 58. | Crain Western, Inc. | N/A | N/A | N/A | N/A |
| 59. | Crescent Transportation | N/A | N/A | X | X |
| 60. | Criton Corporation | N/A | N/A | X | X |
| 61. | Crown Central LLC | N/A | N/A | X | X |
| 62. | Crown Central Petroleum Corporation | N/A | N/A | X | X |
| 63. | CSS Investment Company | N/A | N/A | X | X |
| 64. | Cummins Service & Sales Inc. | N/A | N/A | X | X |
| 65. | CW Liquidating Corporation | N/A | N/A | X | X |
| 66. | Cyclo Products, Inc. | N/A | N/A | X | X |
| 67. | Darnell Corp. | N/A | N/A | X | X |
| 68. | Darnell-Rose | N/A | N/A | X | X |
| 69. | Dart Industries Inc. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 70. | Data Products Corp. | N/A | N/A | X | X |
| 71. | Davis Investment Co. | N/A | N/A | X | X |
| 72. | Davro, Inc | N/A | N/A | X | X |
| 73. | DCS Diversified Coating Systems, Inc. | N/A | N/A | X | X |
| 74. | Decratrend Corp. | N/A | N/A | X | X |
| 75. | Delaware Arrowhead Products Corporation | N/A | N/A | N/A | N/A |
| 76. | Delaware Outsourcing Services Group, Inc. | N/A | N/A | X | X |
| 77. | Denso Products and Services Americas, Inc. | N/A | N/A | X | X |
| 78. | Devon Energy Corp. | N/A | N/A | X | X |
| 79. | Diamond International Corp. | N/A | N/A | X | X |
| 80. | Disposal Control Service, Inc. | N/A | N/A | N/A | N/A |
| 81. | Drackett Co. | N/A | N/A | X | X |
| 82. | Dude, Inc. | N/A | N/A | N/A | N/A |
| 83. | Durex Inc. | N/A | N/A | X | X |
| 84. | E.T.C. Carpet Mills, Ltd. | N/A | N/A | X | X |
| 85. | ElFab Corp. | N/A | N/A | X | X |
| 86. | Electronic Materials Corp. | N/A | N/A | X | X |
| 87. | Electro-Etch Circuits Inc. | N/A | N/A | X | X |
| 88. | Elevate Textiles, Inc. | N/A | N/A | X | X |
| 89. | Emerald Equities, I | N/A | N/A | X | X |
| 90. | Emery Industries Inc. | N/A | N/A | X | X |
| 91. | Employbridge LLC | N/A | N/A | X | X |
| 92. | Emrise Electronics Corp. | N/A | N/A | N/A | N/A |
| 93. | Energy Development Co. Inc. | N/A | N/A | X | X |
| 94. | Energy Development Corp. | N/A | N/A | X | X |
| 95. | Energy Transfer LP | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 96. | Enliven Marketing Technologies Corporation | N/A | N/A | X | X |
| 97. | Enviri Corporation | N/A | N/A | X | X |
| 98. | Environmental Control Systems Inc. | N/A | N/A | X | X |
| 99. | Evergreen Pacific Partners | N/A | N/A | X | X |
| 100. | Fairchild Industries | N/A | N/A | X | X |
| 101. | Fairchild Semiconductor International, Inc. | N/A | N/A | N/A | N/A |
| 102. | Federal Express Corporation | N/A | N/A | X | X |
| 103. | Federal Reserve Bank | N/A | N/A | X | X |
| 104. | Fletcher Oil & Refining Co. | N/A | N/A | X | X |
| 105. | Flint Hills Resources, L.P. | N/A | N/A | X | X |
| 106. | Flowserve Corporation | N/A | N/A | X | X |
| 107. | Fotomat Labs Inc. | N/A | N/A | X | X |
| 108. | Flying Tigers Line | N/A | N/A | X | X |
| 109. | FORCO Liquidation Trust | N/A | N/A | X | X |
| 110. | Franciscan Ceramics Inc. | N/A | N/A | X | X |
| 111. | Frazee Industries | N/A | N/A | X | X |
| 112. | Frontier California, Inc. | N/A | N/A | X | X |
| 113. | Furukawa Electric North America, Inc. | N/A | N/A | X | X |
| 114. | G.W.A. Inc. | N/A | N/A | X | X |
| 115. | GATX | N/A | X | X | X |
| 116. | GATX Corp. | N/A | X | X | X |
| 117. | GATX Terminals Corp. | N/A | N/A | N/A | N/A |
| 118. | General Battery Corp. | N/A | N/A | X | X |
| 119. | General Telephone Co. | N/A | N/A | N/A | N/A |
| 120. | Genstar Roofing Products Company, Inc. | N/A | N/A | X | X |
| 121. | Gerald Metals, Inc. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 122. | GK Technologies, Incorporated | N/A | N/A | X | X |
| 123. | Glass Containers Corp. | N/A | N/A | X | X |
| 124. | Gold-Pak International, Inc. | N/A | N/A | X | X |
| 125. | Greer Hydraulics Inc. | N/A | N/A | X | X |
| 126. | Grupo Mexico SAB de CV | N/A | N/A | X | X |
| 127. | Hallmark Circuits Inc. | N/A | N/A | X | X |
| 128. | Handy & Harman | N/A | N/A | X | X |
| 129. | Harbans Bawa as Trustee of the Bawa Family Trust | N/A | N/A | X | X |
| 130. | Barinder Bawa as Trustee of the Bawa Family Trust | N/A | N/A | X | X |
| 131. | Heist Maintenance Services Inc. | N/A | N/A | X | X |
| 132. | Henry Company LLC | N/A | N/A | N/A | N/A |
| 133. | Heraeus Metal Processing, Inc. | N/A | N/A | X | X |
| 134. | Herco Technology Corp. | N/A | N/A | X | X |
| 135. | Hess Corporation | N/A | N/A | X | X |
| 136. | Hill Brothers Chemical Co. | N/A | N/A | X | X |
| 137. | Hoffman Electronics | N/A | N/A | X | X |
| 138. | Howmet Aerospace Inc. | N/A | N/A | X | X |
| 139. | Hoya Corporation USA | N/A | N/A | X | X |
| 140. | HTW Industries Inc. | N/A | N/A | X | X |
| 141. | Humko Products | N/A | N/A | X | X |
| 142. | Huntington/Pacific Ceramics, Inc. | N/A | N/A | X | X |
| 143. | Hutchinson Aerospace & Industry, Inc. | N/A | N/A | X | X |
| 144. | Imco Services | N/A | X | X | X |
| 145. | IMI Critical Engineering LLC | N/A | N/A | X | X |
| 146. | Industrial Circuits | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 147. | Industrial Insulations Incorporated | N/A | N/A | N/A | N/A |
| 148. | Industrial Tectonics Bearings Corporation | N/A | N/A | X | X |
| 149. | Inland Container Corp. | N/A | N/A | X | X |
| 150. | Inland Paperboard and Packaging, Inc. | N/A | N/A | X | X |
| 151. | International Polymer Corp. | N/A | N/A | X | X |
| 152. | I.T. Corp. | N/A | N/A | N/A | N/A |
| 153. | ITT LLC | N/A | X | X | X |
| 154. | J.C. Inc. | N/A | N/A | X | X |
| 155. | JCI Environmental Services | N/A | N/A | X | X |
| 156. | Jenn Feng Industrial Tools Co., Ltd. | N/A | N/A | X | X |
| 157. | Jerseymaid Milk Products, Inc. | N/A | N/A | X | X |
| 158. | Johnston Pump Co. | N/A | N/A | X | X |
| 159. | Jonathan Manufacturing Corp. | N/A | N/A | X | X |
| 160. | Joslyn Manufacturing & Supply Co. | N/A | N/A | X | X |
| 161. | Joslyn Manufacturing Company, LLC | N/A | N/A | X | X |
| 162. | Kaiser Rollmet Inc. | N/A | N/A | X | X |
| 163. | Kaynar Manufacturing Co. | N/A | N/A | X | X |
| 164. | Keuffel & Esser Co. | N/A | N/A | X | X |
| 165. | Kinder Morgan Energy Partners, L.P. | N/A | X | X | X |
| 166. | Kinder Morgan Liquids Terminals LLC | N/A | N/A | N/A | N/A |
| 167. | Knights J3, Inc. | N/A | N/A | X | X |
| 168. | Konica Photo Service U.S.A., Inc. | N/A | N/A | X | X |
| 169. | Korbel Capital LLC | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 170. | Kraft Heinz Foods Company | N/A | N/A | X | X |
| 171. | Krazy Glue Inc. | N/A | N/A | X | X |
| 172. | KSI Disc Products, Inc. | N/A | N/A | X | X |
| 173. | L.A. Gauge Company, Inc. | N/A | N/A | X | X |
| 174. | Less Hassle, Inc. | N/A | N/A | X | X |
| 175. | Lockhart Industries | N/A | N/A | X | X |
| 176. | Lonza Inc. | N/A | N/A | X | X |
| 177. | Lucky Stores Inc. | N/A | N/A | X | X |
| 178. | Lucky Stores LLC | N/A | N/A | X | X |
| 179. | LTI Holdings, Inc. | N/A | N/A | X | X |
| 180. | M-I L.L.C. *aka* and/or *dba* M-I Swaco | N/A | X | X | X |
| 181. | Manhattan Beach Holding Corp. | N/A | N/A | X | X |
| 182. | Marcor Environmental, Inc. | N/A | N/A | X | X |
| 183. | Marten Management Co. | N/A | N/A | X | X |
| 184. | Martin Marietta Southern California Aggregates, LLC | N/A | N/A | X | X |
| 185. | Masco Corporation | N/A | N/A | X | X |
| 186. | Mazda Motor of America, Inc. | N/A | N/A | X | X |
| 187. | Mazda North America | N/A | N/A | X | X |
| 188. | MCA Laboratories | N/A | N/A | X | X |
| 189. | McCulloch Corp. | N/A | N/A | X | X |
| 190. | Merchants Metals LLC | N/A | N/A | X | X |
| 191. | Merel Co. Inc. | N/A | N/A | X | X |
| 192. | MGF Industries | N/A | N/A | X | X |
| 193. | Monogram/Peacock Manufacturing | N/A | N/A | X | X |
| 194. | Mosaic Global Holdings Inc. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 195. | Mr. Gasket Company | N/A | N/A | X | X |
| 196. | MRC Holdings, Inc. | N/A | N/A | X | X |
| 197. | Narmco Materials Inc. | N/A | N/A | X | X |
| 198. | NavCom Defense Electronics, Inc. | N/A | N/A | X | X |
| 199. | NEC Liquidation Corp. | N/A | N/A | N/A | N/A |
| 200. | New Bristol Farms, Inc. | N/A | N/A | X | X |
| 201. | Nippondenso of Los Angeles | N/A | N/A | X | X |
| 202. | North American Environmental | N/A | N/A | X | X |
| 203. | Novartis Corp. | N/A | N/A | X | X |
| 204. | Orange County Sanitation District | N/A | N/A | N/A | N/A |
| 205. | Pacific Anchor Chemical Corp. | N/A | N/A | X | X |
| 206. | Pacific Southwest Airlines | N/A | N/A | X | X |
| 207. | Pactiv LLC | N/A | X | X | X |
| 208. | Paint & Coatings Corp. | N/A | N/A | X | X |
| 209. | Panel Air Corp. | N/A | N/A | X | X |
| 210. | Parsons Corporation | N/A | N/A | X | X |
| 211. | Pauley Petroleum Co. | N/A | N/A | X | X |
| 212. | PCC Flow Technologies Holdings, Inc. | N/A | N/A | X | X |
| 213. | PCC Rollmet, Inc. | N/A | N/A | X | X |
| 214. | Peairs Engineers | N/A | N/A | X | X |
| 215. | Peat Manufacturing Co. | N/A | N/A | X | X |
| 216. | Pervo International, Inc. | N/A | N/A | X | X |
| 217. | Petro Lewis Corp. | N/A | N/A | X | X |
| 218. | PGP Industries Inc. | N/A | N/A | X | X |
| 219. | Pioneer Electronics (USA) Inc. | N/A | N/A | X | X |
| 220. | PRC–DeSoto International Inc. | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 221. | Precision Castparts Corp. | N/A | N/A | X | X |
| 222. | Presstek, LLC | N/A | N/A | X | X |
| 223. | Price Pfister *nka* Pfister | N/A | N/A | X | X |
| 224. | Printed Circuits, Inc. | N/A | N/A | X | X |
| 225. | Products Research & Chemical Corp. | N/A | N/A | X | X |
| 226. | Proto Tool | N/A | N/A | X | X |
| 227. | Pure Source LLC | N/A | N/A | X | X |
| 228. | Purex Corp. | N/A | N/A | X | X |
| 229. | Purex Industries, Inc. | N/A | N/A | X | X |
| 230. | Pyrotronics Corporation | N/A | N/A | X | X |
| 231. | Rachelle Laboratories, Inc. | N/A | N/A | N/A | N/A |
| 232. | Ralph M. Parsons Co. | N/A | N/A | X | X |
| 233. | RB&W Manufacturing LLC | N/A | N/A | X | X |
| 234. | Reisner Metals | N/A | N/A | X | X |
| 235. | Replacement Parts Manufacturing | N/A | N/A | X | X |
| 236. | Rexam Beverage Can Company | N/A | X | X | X |
| 237. | Richardson & Holland | N/A | N/A | X | X |
| 238. | Ricoh Printing Systems America Inc. | N/A | N/A | X | X |
| 239. | Rio Tinto Alcan Inc. | N/A | N/A | X | X |
| 240. | Robert Manufacturing Company | N/A | N/A | X | X |
| 241. | Roller Bearing Company of America, Inc. | N/A | N/A | X | X |
| 242. | Russell Burdsall & Ward Inc. | N/A | N/A | X | X |
| 243. | Ryder Truck Rental, Inc. | N/A | N/A | X | X |
| 244. | S.C. Johnson & Son, Inc. | N/A | N/A | X | X |
| 245. | Safeway Stores Inc. | N/A | X | X | X |
| 246. | Safran Seats USA LLC | N/A | N/A | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 247. | San Diego Pipeline Company | N/A | N/A | X | X |
| 248. | Sandia Metal Process, Inc. | N/A | N/A | X | X |
| 249. | Sargent Industries | N/A | N/A | X | X |
| 250. | Schlumberger, Ltd. | N/A | N/A | N/A | N/A |
| 251. | Schlumberger N.V. | N/A | N/A | X | X |
| 252. | SemGroup Corporation | N/A | N/A | X | X |
| 253. | Shared Technologies Fairchild Telecom, Inc. | N/A | N/A | X | X |
| 254. | Shuwa Investments Corp | N/A | N/A | X | X |
| 255. | Smith & Co. | N/A | N/A | X | X |
| 256. | Southern Pacific Pipe Lines, Inc. | N/A | X | X | X |
| 257. | Southern Service Company | N/A | N/A | X | X |
| 258. | Southwest Petro Chemical | N/A | N/A | X | X |
| 259. | Southwest Steel Rolling Mills | N/A | N/A | X | X |
| 260. | Standard Brands Paint Co. Inc. | N/A | N/A | X | X |
| 261. | Structural Composite Industries | N/A | N/A | X | X |
| 262. | T.P. Industrial Inc. | N/A | N/A | X | X |
| 263. | Telair US LLC | N/A | N/A | X | X |
| 264. | TFI International Inc. | N/A | N/A | X | X |
| 265. | The Martin Linen Supply Company | N/A | N/A | X | X |
| 266. | The Times Mirror Company | N/A | N/A | X | X |
| 267. | Thompson Drilling | N/A | N/A | N/A | N/A |
| 268. | Thompson Energy Resources, LLC | N/A | N/A | N/A | N/A |
| 269. | Times Mirror Press | N/A | N/A | X | X |
| 270. | Transmix Corporation | N/A | N/A | N/A | N/A |
| 271. | TRE Corp. | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| | | | | | |
|---|---|---|---|---|---|
| 272. | Tribune Publishing Company | N/A | N/A | X | X |
| 273. | TriMas Corporation | N/A | N/A | X | X |
| 274. | Triumph Group Operations | N/A | N/A | X | X |
| 275. | Triumph Thermal Systems, LLC | N/A | N/A | X | X |
| 276. | Trizec Properties | N/A | N/A | X | X |
| 277. | Truck Transport | N/A | N/A | X | X |
| 278. | TRZ Holdings IV LLC | N/A | N/A | X | X |
| 279. | U.S. Borax & Chemical Corp. | N/A | N/A | X | X |
| 280. | U.S. Borax, Inc. | N/A | N/A | X | X |
| 281. | U.S. Reduction Co. | N/A | N/A | X | X |
| 282. | Ultramar Inc. | N/A | N/A | N/A | N/A |
| 283. | UNFI Grocers Distribution, Inc. | N/A | N/A | X | X |
| 284. | Valentec International Corp. | N/A | N/A | X | X |
| 285. | Valero Energy Corporation | N/A | N/A | N/A | N/A |
| 286. | Van De Kamp | N/A | N/A | X | X |
| 287. | Varco International | N/A | N/A | X | X |
| 288. | VF Corporation | N/A | N/A | X | X |
| 289. | Vons Companies Inc. | N/A | N/A | X | X |
| 290. | W.L. Chapman Co. | N/A | N/A | X | X |
| 291. | Weber Aircraft | N/A | N/A | X | X |
| 292. | Wells Marine Inc. | N/A | N/A | X | X |
| 293. | Weslock Corp. | N/A | N/A | X | X |
| 294. | Western Lithograph | N/A | N/A | X | X |
| 295. | Westminster Ceramics Inc. | N/A | N/A | X | X |
| 296. | WFB Archives, Inc. | N/A | N/A | X | X |
| 297. | Whico Machine, Inc. | N/A | N/A | X | X |
| 298. | Whittaker Corp. | N/A | N/A | X | X |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 299. | Witco Corporation | N/A | N/A | X | X |
| 300. | Wyman-Gordon Company | N/A | N/A | X | X |
| 301. | Xtra Energy | N/A | N/A | X | X |
| 302. | Zimmer Service Center | N/A | N/A | X | X |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

8010773

13