# EXHIBIT H

## Tolling Periods Under Tolling Agreements

| Defendant Name | Start of Tolling Period | End of Tolling Period |
|---|---|---|
| Air Liquide America LP | February 20, 2018 | April 21, 2021 |
| Albertsons Companies, Inc. | July 3, 2018 | September 1, 2021 |
| Applied Magnetics Corp. | July 2, 2018 | August 31, 2024 |
| Atomica Corp. | July 2, 2018 | August 31, 2024 |
| Beazer East, Inc. | March 5, 2009 | September 1, 2019 |
| Beckman Coulter Inc. | March 5, 2009 | September 1, 2019 |
| BFI XV Realty Fund Ltd. | July 2, 2018 | August 31, 2024 |
| Big Three Industries Inc. | February 20, 2018 | April 21, 2021 |
| Bostik, Inc. | July 2, 2018 | August 31, 2024 |
| Byron Jackson Pumps | July 2, 2018 | August 31, 2024 |
| Cargill Inc. | March 5, 2009 | September 1, 2019 |
| Coscol Petroleum Corporation | July 2, 2018 | August 31, 2024 |
| Crown Central LLC | February 20, 2018 | April 21, 2024 |
| Crown Central Petroleum Corp. | February 20, 2018 | April 21, 2024 |
| Federal Express Corporation | April 9, 2018 | June 8, 2024 |
| Flowserve Corporation | July 2, 2018 | August 31, 2024 |
| Frontier California, Inc. | February 20, 2018 | April 21, 2024 |
| GATX | March 5, 2009 | September 1, 2019 |
| GATX Corp. | March 5, 2009 | September 1, 2019 |
| Hutchinson Aerospace & Industry, Inc. | July 2, 2018 | August 31, 2024 |
| IMCO Services | April 21, 2009 | December 20, 2022 |
| ITT LLC | March 3, 2009 | September 1, 2019 |
| Jerseymaid Milk Products, Inc. | July 2, 2018 | August 31, 2021 |
| Jonathan Manufacturing Corp. | February 20, 2018 | April 21, 2024 |
| Kinder Morgan Energy Partners, L.P. | March 4, 2009 | September 1, 2022 |
| Lonza Inc. | June 15, 2018 | August 14, 2024 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| Defendant Name | Start of Tolling Period | End of Tolling Period |
|---|---|---|
| Mazda Motor of America, Inc. | June 28, 2018 | August 27, 2021 |
| Mazda North America | June 28, 2018 | August 27, 2021 |
| M-I L.L.C. aka and/or dba MI-Swaco | April 21, 2009 | December 20, 2022 |
| Pactiv LLC | March 4, 2009 | September 1, 2019 |
| Rexam Beverage Can Company | March 4, 2009 | September 1, 2019 |
| Safeway Stores Inc. | March 4, 2009 | September 1, 2019 |
| Southern Pacific Pipe Lines, Inc. | March 4, 2009 | September 1, 2022 |
| Varco International | February 20, 2018 | April 21, 2021 |
| Vons Companies Inc. | July 2, 2018 | August 31, 2021 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499