# EXHIBIT I

**Defendants First Named in "1700 Action"** (*BKK Working Group, et al. v. 1700 Santa Fe Ltd.*, Case No. 2:18-cv-05810)

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| A.B. Dick Co. | July 2, 2018 | June 29, 2022 |
| Aamco Transmissions | July 2, 2018 | June 29, 2022 |
| Advanced Coatings Inc. (previously identified as Advanced Coating Inc.) | July 2, 2018 | April 29, 2024 |
| Aerosol Services Co. Inc. | July 2, 2018 | June 29, 2022 |
| Amcord, Inc. (previously identified as Riverside Cement Co.) | July 2, 2018 | August 28, 2024 |
| American Appliance Manufacturing Corp. | July 2, 2018 | April 29, 2024 |
| American Chemical & Refining | July 2, 2018 | June 29, 2022 |
| American Pacific International Inc. | July 2, 2018 | April 29, 2024 |
| American Tool & Engineering Corp. | July 2, 2018 | April 29, 2024 |
| AMF Tubescope Inc. | July 2, 2018 | April 29, 2024 |
| Anchor Operating, Inc. (previously identified as Anchor Post Products Inc.) | July 2, 2018 | June 29, 2022 |
| Anchor Post Products Inc.[2] | July 2, 2018 | June 29, 2022 |
| Anodyne Inc. | July 2, 2018 | April 29, 2024 |
| Applied Magnetics Corp. | July 2, 2018 | April 29, 2024 |
| Balser Trucking[2] | July 2, 2018 | April 29, 2024 |

---

[1] Thereafter dismissed without prejudice from 1700 Action.

[2] No longer a named Defendant.

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Beatrice/Hunt-Wesson, Inc. (previously identified as Beatrice Hunt Wesson Inc.) | July 2, 2018 | June 29, 2022 |
| Brooks & Perkins Brownline Division | July 2, 2018 | December 30, 2023 |
| Cal-Chem Cleaning Co., Inc. (previously identified as Cal Chem Cleaning Co.) | July 2, 2018 | April 29, 2024 |
| Cal Nev Pipeline Co. | July 2, 2018 | April 29, 2024 |
| Cal Style Furniture Manufacturing Co. | July 2, 2018 | April 29, 2024 |
| California Carpet Co. | July 2, 2018 | April 29, 2024 |
| Calprotech Inc. | July 2, 2018 | June 29, 2022 |
| Certified Grocers of Cal. | July 2, 2018 | August 28, 2024 |
| Cia Minera De Cananea SA | July 2, 2018 | April 29, 2024 |
| Circuit One Div. of LH Research Inc. | July 2, 2018 | June 29, 2022 |
| Cognis Corp. | July 2, 2018 | June 29, 2022 |
| Control Components Inc. | July 2, 2018 | April 29, 2024 |
| Cragar Industries | July 2, 2018 | June 29, 2022 |
| Crescent Transportation | July 2, 2018 | August 28, 2024 |
| Cummins Service & Sales Inc. | July 2, 2018 | April 29, 2024 |
| Cyclo Products, Inc. (previously identified as Cyclo Chemical Co.) | July 2, 2018 | June 29, 2022 |
| Darnell Corp. (previously identified as Darnell Corporate Ltd.) | July 2, 2018 | June 29, 2022 |
| Dart Industries Inc. (previously identified as San Fernando Laboratories) | July 2, 2018 | April 29, 2024 |
| Data Products Corp. | July 2, 2018 | April 29, 2024 |
| Davis Investment Co. | July 2, 2018 | June 29, 2022 |

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Decratrend Corp. | July 2, 2018 | April 29, 2024 |
| Drackett Co. | July 2, 2018 | June 29, 2022 |
| Elfab Corp. (previously identified as El Fab) | July 2, 2018 | June 29, 2022 |
| Electronic Materials Corp. | July 2, 2018 | April 29, 2024 |
| Electro-Etch Circuits Inc. (previously identified as Electrotech Circuits Inc.) | July 2, 2018 | June 29, 2022 |
| Emery Industries Inc. | July 2, 2018 | June 29, 2022 |
| Energy Development Co. Inc. | July 2, 2018 | April 29, 2024 |
| Energy Development Corp. (previously identified as Energy Development Co. Inc.) | July 2, 2018 | April 29, 2024 |
| Environmental Control Systems Inc. | July 2, 2018 | June 29, 2022 |
| Fairchild Industries | July 2, 2018 | November 3, 2023 |
| Fletcher Oil & Refining Co. | July 2, 2018 | June 29, 2022 |
| Fotomat Labs Inc. | July 2, 2018 | June 29, 2022 |
| Flying Tigers Line | July 2, 2018 | April 29, 2024 |
| Franciscan Ceramics Inc. | July 2, 2018 | April 29, 2024 |
| Frazee Industries | July 2, 2018 | June 29, 2022 |
| General Battery Corp. | July 2, 2018 | April 29, 2024 |
| Gold-Pak International, Inc. (previously identified as Gold Pack Meat Co.) | July 2, 2018 | August 28, 2024 |
| Greer Hydraulics Inc. | July 2, 2018 | April 29, 2024 |
| Hallmark Circuits Inc. | July 2, 2018 | April 29, 2024 |
| Heist Maintenance Services Inc. | July 2, 2018 | April 29, 2024 |
| Hoffman Electronics | July 2, 2018 | June 29, 2022 |

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Humko Products (previously identified as Humco Products) | July 2, 2018 | June 29, 2022 |
| Industrial Circuits | July 2, 2018 | June 29, 2022 |
| Industrial Tectonics Bearings Corporation (previously identified as Industrial Tectonics Bearings) | July 2, 2018 | June 29, 2022 |
| Inland Container Corp. | July 2, 2018 | April 29, 2024 |
| International Polymer Corp. | July 2, 2018 | April 29, 2024 |
| J.C. Inc. | July 2, 2018 | June 29, 2022 |
| Johnston Pump Co. | July 2, 2018 | April 29, 2024 |
| Kaiser Rollmet Inc. | July 2, 2018 | June 29, 2022 |
| Kaynar Manufacturing Co. | July 2, 2018 | April 29, 2024 |
| Keuffel & Esser Co. | July 2, 2018 | April 29, 2024 |
| Knights J3, Inc. (previously identified as Pervo Paint Co.) | July 2, 2018 | April 29, 2024 |
| Koch Fuels, Inc.[2] (previously identified as Koch Asphalt Co. Oil) | July 2, 2018 | August 28, 2024 |
| Krazy Glue Inc. | July 2, 2018 | June 29, 2022 |
| KSI Disc Products, Inc. (previously identified as Knudsen Corp.) | July 2, 2018 | June 29, 2022 |
| L.A. Gauge Company, Inc. (previously identified as Los Angeles Gauge Co.) | July 2, 2018 | April 29, 2024 |
| Less Hassle, Inc. (previously identified as Old Quaker Paint Co.) | July 2, 2018 | April 29, 2024 |
| Lockhart Industries | July 2, 2018 | August 28, 2024 |
| Lucky Stores Inc. | July 2, 2018 | June 29, 2022 |
| Marco Chemical Co.[2] | July 2, 2018 | June 29, 2022 |

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Marcor Environmental, Inc. (previously identified as Marco Chemical Co.) | July 2, 2018 | June 29, 2022 |
| Marten Management Co. | July 2, 2018 | June 29, 2022 |
| Martin Marietta Southern California Aggregates, LLC (previously identified as Riverside Cement Co.) | July 2, 2018 | August 28, 2024 |
| MCA Laboratories | July 2, 2018 | June 29, 2022 |
| McCulloch Corp. | July 2, 2018 | August 28, 2024 |
| Merel Co. Inc. | July 2, 2018 | April 29, 2024 |
| MGF Industries | July 2, 2018 | June 29, 2022 |
| Monogram/Peacock Manufacturing | July 2, 2018 | August 28, 2024 |
| Narmco Materials Inc. | July 2, 2018 | December 30, 2023 |
| Nippondenso of Los Angeles | July 2, 2018 | June 29, 2022 |
| Old Quaker Paint Co.[2] | July 2, 2018 | April 29, 2024 |
| Pacific Southwest Airlines | July 2, 2018 | June 29, 2022 |
| Paint & Coatings Corp. | July 2, 2018 | June 29, 2022 |
| Panel Air Corp. | July 2, 2018 | April 29, 2024 |
| Pauley Petroleum Co. | July 2, 2018 | April 29, 2024 |
| Peairs Engineers | July 2, 2018 | June 29, 2022 |
| Peat Manufacturing Co. | July 2, 2018 | April 25, 2023 |
| Petro Lewis Corp. | July 2, 2018 | August 28, 2024 |
| PGP Industries Inc. | July 2, 2018 | June 29, 2022 |
| Products Research & Chemical Corp. | July 2, 2018 | April 29, 2024 |
| Proto Tool | July 2, 2018 | April 29, 2024 |
| Purex Corp. | July 2, 2018 | June 29, 2022 |
| Pyrotronics Corporation (previously identified as Apollo Manufacturing Co.) | July 2, 2018 | April 29, 2024 |

5759366

5

EXHIBIT I - THIRTEENTH AMENDED COMPLAINT
(2:18-CV-05836-MWF-PLA)

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Ralph M. Parsons Co. | July 2, 2018 | June 29, 2022 |
| Reisner Metals | July 2, 2018 | June 29, 2022 |
| Replacement Parts Manufacturing | July 2, 2018 | June 29, 2022 |
| Richardson & Holland | July 2, 2018 | August 28, 2024 |
| Riverside Cement Co.[2] | July 2, 2018 | August 28, 2024 |
| Robert Manufacturing Company (previously identified as Roberts Manufacturing Company) | July 2, 2018 | June 29, 2022 |
| Russell Burdsall & Ward Inc. | July 2, 2018 | August 28, 2024 |
| Ryder Truck Rental, Inc. (previously identified as Pacific Intermountain Express) | July 2, 2018 | June 29, 2022 |
| San Diego Pipeline Company (previously identified as San Diego Pipe Line Co.) | July 2, 2018 | June 29, 2022 |
| Sargent Industries (previously identified as Sargent Industries Inc.) | July 2, 2018 | April 29, 2024 |
| Southern Service Company (previously identified as Blue Seal Linen Supply) | July 2, 2018 | August 28, 2024 |
| Southwest Petro Chemical | July 2, 2018 | August 28, 2024 |
| Southwest Steel Rolling Mills | July 2, 2018 | June 29, 2022 |
| Standard Brands Paint Co. Inc. | July 2, 2018 | August 28, 2024 |

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Standard Industrial Towel & Uniform (VF Corporation)[3] | July 2, 2018 | June 29, 2022 |
| T.P. Industrial Inc. | July 2, 2018 | April 29, 2024 |
| The Martin Linen Supply Company (previously identified as Cadet Uniform & Linen Supply Co.) | July 2, 2018 | August 28, 2024 |
| Times Mirror Press | July 2, 2018 | June 29, 2022 |
| TRE Corp. | July 2, 2018 | June 29, 2022 |
| Trizec Properties | July 2, 2018 | April 29, 2024 |
| Truck Transport | July 2, 2018 | April 29, 2024 |
| U.S. Borax & Chemical Corp. | July 2, 2018 | June 29, 2022 |
| U.S. Reduction Co. | July 2, 2018 | April 29, 2024 |
| Valentec International Corp. | July 2, 2018 | April 29, 2024 |
| Van De Kamp | July 2, 2018 | April 29, 2024 |
| Varco International | September 21, 2021 | April 29, 2024 |
| VSI Corporation (previously identified as Voi Shan)[2] | July 2, 2018 | August 28, 2024 |
| W.L. Chapman Co. | July 2, 2018 | August 28, 2024 |
| Weber Aircraft | July 2, 2018 | June 29, 2022 |
| Wells Marine Inc. | July 2, 2018 | April 29, 2024 |
| Weslock Corp. | July 2, 2018 | June 29, 2022 |
| Western Lithograph | July 2, 2018 | April 29, 2024 |
| Westminster Ceramics Inc. | July 2, 2018 | June 29, 2022 |
| Whittaker Corp. | July 2, 2018 | December 30, 2023 |
| Xtra Energy | July 23, 2018 | June 29, 2022 |

---

[3] Standard Industrial Towel & Uniform is no longer a named Defendant and was dismissed at the request of VF Corporation, which admitted and agreed prior to the dismissal that if Standard Industrial Towel & Uniform had any liability, that liability belongs to VF Corporation.

| Defendant Name | Date First Named as Defendant in 1700 Action | Date First Named as Defendant in This Action[1] |
|---|---|---|
| Zimmer Service Center (previously identified as Zimmers Truck Stop) | July 2, 2018 | June 29, 2022 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499