# EXHIBIT J

**Successors Not Named in Original Complaint That Relate Back to When Predecessor Named**

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| AAR Corp. | Brooks & Perkins Brownline Division | December 30, 2023 |
| ACH Food Companies, Inc. | Humko Products | June 29, 2022 |
| Alkid Corporation | Cragar Industries | June 29, 2022 |
| Alkid Corporation | Peat Manufacturing Co. | April 25, 2023 |
| Alpha Technologies Group, Inc. | Lockhart Industries | August 28, 2024 |
| Amcord, Inc. | Riverside Cement Co. | August 28, 2024 |
| Anchor Operating, Inc. | Anchor Post Products Inc. | June 29, 2022 |
| Angelica Textile Services Inc. | Southern Service Company | August 28, 2024 |
| Atomica Corp. | Applied Magnetics Corp. | April 29, 2024 |
| Axel Johnson, Inc. | Industrial Tectonics Bearings Corporation | June 29, 2022 |
| AZON Corporation | Keuffel & Esser Co. | April 29, 2024 |
| B. Jadow and Sons, Inc. | Krazy Glue Inc. | June 29, 2022 |
| Barinder Bawa, as Trustee of Bawa Family Trust | L.A. Gauge Company, Inc. | April 29, 2024 |
| Bulk Services, Inc. | Balser Trucking | April 29, 2024 |
| Bunge Oils, Inc. | Richardson & Holland | August 28, 2024 |
| Capital Parade USA, Inc. | Circuit One Div. of LH Research Inc. | June 29, 2022 |
| Castle & Cooke, Inc. | Westminster Ceramics Inc. | June 29, 2022 |
| Cognis Corp. | Emery Industries Inc. | June 29, 2022 |
| Conagra Brands, Inc. | Beatrice/Hunt-Wesson, Inc. | June 29, 2022 |

---

[1] Some of these Alleged Predecessors may have also been first named as a Defendant in 1700 Action before being named as a Defendant in this Action. Those that were are listed in Exhibit I.

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| Criton Corporation | Sandia Metal Process, Inc. | July 3, 2018 |
| CSS Investment Company | Cummins Service & Sales Inc. | April 29, 2024 |
| CW Liquidating Corporation | Peairs Engineers | June 29, 2022 |
| Darnell-Rose | Darnell Corp. | June 29, 2022 |
| Davro, Inc. | Calprotech Inc. | June 29, 2022 |
| DCS Diversified Coating Systems, Inc. | Advanced Coatings Inc. | April 29, 2024 |
| Delaware Outsourcing Services Group, Inc. | Aerosol Services Co. Inc. | June 29, 2022 |
| Denso Products and Services Americas, Inc. | Nippondenso of Los Angeles | June 29, 2022 |
| Devon Energy Corp. | Pauley Petroleum Co. | April 29, 2024 |
| Diamond International Corp. | Western Lithograph | April 29, 2024 |
| E.T.C. Carpet Mills, Ltd. | California Carpet Co. | April 29, 2024 |
| Elevate Textiles, Inc. | Valentec International Corp. | April 29, 2024 |
| Elevate Textiles, Inc. | Wells Marine Inc. | April 29, 2024 |
| Emerald Equities, I | Merel Co., Inc. | April 29, 2024 |
| Employbridge LLC | Heist Maintenance Services Inc. | April 29, 2024 |
| Energy Transfer LP | Koch Fuels, Inc. | August 28, 2024 |
| Enliven Marketing Technologies Corporation | Fotomat Labs Inc. | June 29, 2022 |
| Enviri Corporation | Structural Composites Industries | July 3, 2018 |
| Evergreen Pacific Partners | Marco Chemical Co. | June 29, 2022 |
| Flint Hills Resources, L.P. | Koch Fuels, Inc. | August 28, 2024 |
| FORCO Liquidation Trust | Fletcher Oil & Refining Co. | June 29, 2022 |
| Furukawa Electronic North America, Inc. | KSI Disc Products, Inc. | June 29, 2022 |
| GATX Corp. | GATX | September 20, 2021 |
| G.W.A. Inc. | Crescent Transportation | August 28, 2024 |
| Gerald Metals, Inc. | PGP Industries Inc. | June 29, 2022 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| GK Technologies Incorporated | Southwest Steel Rolling Mills | June 29, 2022 |
| Grupo Mexico SAB de CV | Cia Minera De Cananea SA | April 29, 2024 |
| Handy & Harman | American Chemical & Refining | June 29, 2022 |
| Harbans Bawa, as Trustee of Bawa Family Trust | L.A. Gauge Company, Inc. | April 29, 2024 |
| Heraeus Metal Processing, Inc. | PGP Industries Inc. | June 29, 2022 |
| Herco Technology Corp. | Industrial Circuits | June 29, 2022 |
| Hess Corporation | American Pacific International Inc. | April 29, 2024 |
| Howmet Aerospace Inc. | Kaynar Manufacturing Co. | April 29, 2024 |
| Howmet Aerospace Inc. | Weslock Corp. | June 29, 2022 |
| Howmet Aerospace Inc. | TRE Corp. | June 29, 2022 |
| Hoya Corporation USA | Electronic Materials Corp. | April 29, 2024 |
| HTW Industries Inc. | Durex Inc. | July 3, 2018 |
| Huntington/Pacific Ceramics, Inc. | Westminster Ceramics Inc. | June 29, 2022 |
| IMI Critical Engineering LLC | Control Components Inc. | April 29, 2024 |
| Inland Paperboard and Packaging, Inc. | Inland Container Corp. | April 29, 2024 |
| JCI Environmental Services | J.C. Inc. | June 29, 2022 |
| Jenn Feng Industrial Tools Co., Ltd. | McCulloch Corp | August 28, 2024 |
| Joslyn Manufacturing Company, LLC | Joslyn Manufacturing & Supply Co. | July 3, 2018 |
| Konica Photo Service U.S.A., Inc. | Fotomat Labs Inc. | June 29, 2022 |
| Korbel Capital LLC | Davis Investment Co. | June 29, 2022 |
| Kraft Heinz Foods Company | Humko Products | June 29, 2022 |
| Less Hassle, Inc. | Old Quaker Paint Co. | April 29, 2024 |

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| LTI Holdings, Inc. | Lockhart Industries | August 28, 2024 |
| Lucky Stores LLC | Lucky Stores Inc. | June 29, 2022 |
| Manhattan Beach Holding Corp. | Fairchild Industries | November 3, 2023 |
| Marcor Environmental, Inc. | Marco Chemical Co. | June 29, 2022 |
| Martin Marietta Southern California Aggregates, LLC | Riverside Cement Co. | August 28, 2024 |
| Masco Corporation | Standard Brands Paint Co. Inc. | August 28, 2024 |
| Merchants Metals LLC | Anchor Operating, Inc. | June 29, 2022 |
| Mosaic Global Holdings Inc. | Petro Lewis Corp. | August 28, 2024 |
| Mr. Gasket Company | Cragar Industries | June 29, 2022 |
| Mr. Gasket Company | Peat Manufacturing Co. | April 25, 2023 |
| NavCom Defense Electronics, Inc. | Hoffman Electronics | June 29, 2022 |
| New Bristol Farms, Inc. | Gold-Pak International, Inc. | August 28, 2024 |
| Novartis Corp. | Panel Air Corp. | April 29, 2024 |
| Parsons Corporation | Ralph M. Parsons Co. | June 29, 2022 |
| PCC Flow Technologies Holdings, Inc. | Johnston Pump Co. | April 29, 2024 |
| PCC Rollmet, Inc. | Kaiser Rollmet, Inc. | June 29, 2022 |
| Pervo International, Inc. | Knights J3, Inc. | April 29, 2024 |
| Pioneer Electronics (USA) Inc. | MCA Laboratories | June 29, 2022 |
| PRC-DeSoto International Inc. | International Polymer Corp. | April 29, 2024 |
| PRC-DeSoto International Inc. | Products Research & Chemicals Corp. | April 29, 2024 |
| Precision Castparts Corp. | Reisner Metals | June 29, 2022 |
| Presstek, LLC | A.B. Dick Co. | June 29, 2022 |
| Printed Circuits, Inc. | Electro-Etch Circuits Inc. | June 29, 2022 |
| Pure Source LLC | Cal-Chem Cleaning Co., Inc. | April 29, 2024 |

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| Purex Industries, Inc. | T.P. Industrial Inc. | April 29, 2024 |
| RB&W Manufacturing LLC | Russell Burdsall & Ward Inc. | August 28, 2024 |
| Rexam Beverage Can Company | Foster-Forbes Glass Co. | July 3, 2018 |
| Ricoh Printing Systems America Inc. | Data Products Corp. | April 29, 2024 |
| Roller Bearing Company of America, Inc. | Sargent Industries | April 29, 2024 |
| S.C. Johnson & Son, Inc. | Drackett Co. | June 29, 2022 |
| Safran Seats USA LLC | Weber Aircraft | June 29, 2022 |
| Schlumberger N.V. | Xtra Energy | June 29, 2022 |
| SemGroup Corporation | Koch Fuels, Inc. | August 28, 2024 |
| Shared Technologies Fairchild Telecom, Inc. | VSI Corporation | August 28, 2024 |
| Telair US LLC | Brooks & Perkins Brownline Division | December 30, 2023 |
| TFI International Inc. | Truck Transport | April 29, 2024 |
| The Times Mirror Company | Times Mirror Press | June 29, 2022 |
| Tribune Publishing Company | Times Mirror Press | June 29, 2022 |
| TriMas Corporation | Price Pfister nka Pfister | July 3, 2018 |
| Triumph Group Operations | L.A. Gauge Company, Inc. | April 29, 2024 |
| Triumph Thermal Systems, LLC | Fairchild Industries | November 3, 2023 |
| TRZ Holdings IV LLC | Trizec Properties | April 29, 2024 |
| UNFI Grocers Distribution, Inc. | Certified Grocers of Cal. | August 28, 2024 |
| U.S. Borax, Inc. | U.S. Borax & Chemical Corp. | June 29, 2022 |
| VF Corporation | Standard Industrial Towel & Uniform | June 29, 2022 |
| WFB Archives, Inc. | Hallmark Circuits Inc. | April 29, 2024 |
| Whico Machine, Inc. | Replacement Parts Manufacturing | June 29, 2022 |

| Successor Defendant Name | Previously-Named Predecessor Defendant ("Alleged Predecessor") | Date Alleged Predecessor First Named as Defendant in This Action[1] |
|---|---|---|
| Witco Corporation | Southwest Petro Chemical | August 28, 2024 |
| Wyman-Gordon Company | W.L. Chapman Co. | August 28, 2024 |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499