LOEB & LOEB LLP
ALBERT M. COHEN (SBN 141525)
acohen@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: +1 310-282-2000
Facsimile: +1 310-282-2200

Liaison Counsel for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et al., | Case No. 2:18-cv-05836-MWF (PLAx) |
| Plaintiffs, | Hon. Michael W. Fitzgerald |
| v. | **GENERAL DENIAL OF DEFENDANTS** |
| ALBERTSONS COMPANIES, et al., | |
| Defendants. | |

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242931830.1
245864-10001

GENERAL DENIAL OF DEFENDANTS
CASE NO. 2:18-CV-05836-MWF (PLAX)

1  The Defendants identified in Exhibit 1 to this General Denial ("Defendants"),
2  by and through the undersigned Liaison Counsel, and pursuant to Fed. R. Civ. P.
3  8(b)(3) and Case Management Order No. 4, hereby respond to the Thirteenth
4  Amended Complaint as follows:

5  1. Except as expressly admitted herein, Defendants deny each and every allegation, matter, and statement contained in Plaintiffs' Thirteenth Amended Complaint and deny that Plaintiffs are entitled to any relief whatsoever.

9  2. Paragraph 12: Defendants admit that this Court has jurisdiction of this case pursuant to 28 U.S.C. §1331 and Section 113(b) of CERCLA. Except as so admitted, deny.

12  3. Paragraph 13: Defendants admit that venue is proper in this District pursuant to 28 U.S.C. §1391(b).

14  4. Paragraph 14: Defendants admit that venue is proper in this District pursuant to Section 113(b) of CERCLA.

16  Defendants reserve the right to amend, supplement or otherwise modify this General Denial including the right to assert defenses, counterclaims, affirmative defenses, and third party claims.

Dated: February 13, 2026

Respectfully submitted,

LOEB & LOEB LLP
ALBERT M. COHEN

By: _____
Albert M. Cohen

Liaison Counsel for Defendants
Albertsons Companies, et al.

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242931830.1
245864-10001

2

GENERAL DENIAL OF DEFENDANTS
CASE NO. 2:18-CV-05836-MWF (PLAx)

# EXHIBIT 1

1. Aerojet Rocketdyne, Inc. (allegedly served as alleged successor to Johnston Pump Company);
2. Albertson's LLC (incorrectly named as Albertsons Companies, Inc. alleged successor to Albertson's Inc. and Lucky Stores Inc.);
3. Atomica Corp. (alleged successor to Applied Magnetics Corp. Inc.);
4. Before PAC, Inc.;
5. Birtcher Pacific;
6. CalNev Pipe Line LLC;
7. Cal Style Furniture Manufacturing Co.;
8. Cargill, Incorporated;
9. Cognis USA, LLC (as successor to Cognis Corp. and Emery Industries Inc.);
10. Control Components Inc.;
11. Coscol Petroleum Corp.;
12. Crown Central LLC successor by merger to Crown Central Petroleum Corporation;
13. Darnell-Rose;
14. Davis Investment Company (incorrectly named Davis Investment Co.);
15. Decratrend Corp.;
16. Enviri Corporation (as alleged successor to Structural Composite Industries);
17. Federal Express Corporation in its individual capacity and as alleged successor to Flying Tiger Lines;
18. Federal Reserve Bank of San Francisco;
19. Frontier California, Inc. (successor to General Telephone Company of California);

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242932619.1
245864-10001

3

GENERAL DENIAL OF DEFENDANTS
CASE NO. 2:18-CV-05836-MWF (PLAx)

| | | |
|---|---|---|
| 1 | 20. | GATX Terminals Corp.; |
| 2 | 21. | Hill Brothers Chemical Corporation; |
| 3 | 22. | IMI Critical Engineering LLC; |
| 4 | 23. | Jenn Feng Industrial Tools Co., Ltd. (as alleged successor to |
| 5 | | McCulloch Corp.); |
| 6 | 24. | Joslyn Manufacturing Company, LLC; |
| 7 | 25. | Kinder Morgan Energy Partners, L.P.; |
| 8 | 26. | Kinder Morgan Liquids Terminals LLC; |
| 9 | 27. | Korbel Capital, LLC; |
| 10 | 28. | Lonza, Inc. in its individual capacity and as alleged successor to Cyclo |
| 11 | | Chemical Co., Balenco Enterprises and Pacific Anchor); |
| 12 | 29. | Masco Corporation; |
| 13 | 30. | Mazda Motor of America, Inc.; |
| 14 | 31. | McCulloch Corp.; |
| 15 | 32. | MRC Holdings, Inc., on behalf of itself, American Can Company as |
| 16 | | successor to the environmental liabilities of American Can Company for |
| 17 | | environmental liabilities regarding the BKK Class I Landfill; |
| 18 | 33. | Novartis Corporation; |
| 19 | 34. | Orange County Sanitation District; |
| 20 | 35. | Pactiv LLC in its individual capacity and as alleged successor to A&E |
| 21 | | Plastics and Packaging Corp. of America; |
| 22 | 36. | Parsons Corporation; |
| 23 | 37. | Parsons Governmental Services, Inc. f/k/a Parsons Infrastructure & |
| 24 | | Technology Group Inc. f/k/a Ralph M. Parsons Company; |
| 25 | 38. | Rexam Beverage Can Company; |
| 26 | 39. | R. Labco, Inc., formerly known as Rachelle Laboratories, Inc.; |
| 27 | 40. | Ricoh Printing Systems America, Inc.; |
| 28 | 41. | Rio Tinto Alcan Inc.; |

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242932619.1
245864-10001

4

GENERAL DENIAL OF DEFENDANTS
CASE NO. 2:18-CV-05836-MWF (PLAx)

|   |     |                                                                                     |
|---|-----|-------------------------------------------------------------------------------------|
| 1 | 42. | Safeway Inc. (incorrectly named as Safeway Stores, Inc.);                           |
| 2 | 43. | San Diego Pipeline Co.;                                                             |
| 3 | 44. | Southern Pacific Pipe Lines, Inc.;                                                  |
| 4 | 45. | Standard Brands Paint Co. Inc.;                                                     |
| 5 | 46. | Structural Composite Industries, LLC;                                               |
| 6 | 47. | The Vons Companies Inc. (incorrectly named as Vons Companies, Inc., in its individual capacity, and as successor to Jersey Maid Milk Products, Inc.); |
| 9 | 48. | Tribune Publishing Company; and                                                     |
| 10| 49. | U.S. Borax, Inc. for itself and for its predecessor defendant U.S. Borax & Chemical Corp. |

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242932619.1
245864-10001

5

GENERAL DENIAL OF DEFENDANTS
CASE NO. 2:18-CV-05836-MWF (PLAx)