**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: 661-294-0116

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated
association, and individual members identified
below

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., et al.,<br><br>Defendants. | **Case No. 2:18-cv-05836-MWF-PLA**<br><br>**PLAINTIFFS' [ONE HUNDRED AND SIXTY-SECOND] NOTICE OF DISMISSAL OF DEVON ENERGY CORP.** |

**<u>PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN DEFENDANT(S)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Plaintiffs dismiss without prejudice the following Defendant(s) from the present

action: (i) Devon Energy Corp.

Dated: May 22, 2026                    HINSON GRAVELLE & ADAIR LLP


By  /s/ Douglas A. Gravelle
    Douglas A. Gravelle,
    Attorneys for Plaintiffs
    BKK WORKING GROUP, an
    unincorporated association, and
    individual members identified
    above

PLAINTIFFS' [ONE HUNDRED AND
SIXTY-SECOND] NOTICE OF DISMISSAL
(2:18-CV-05836-MWF-PLA)