BRESSLER, AMERY & ROSS, P.C.
KATHLEEN C. GANNON (*pro hac vice*)
kgannon@bressler.com
325 Columbia Turnpike
Suite 301
Florham Park, New Jersey 07932
Telephone:  973.514.1200
Facsimile:   973.514.1660

*Attorneys for Defendant BASF Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et al., | Case No. 2:18-cv-05836-MWF (PLAx) |
| Plaintiffs, | Hon. Michael W. Fitzgerald |
| v. | **GENERAL DENIAL OF DEFENDANT BASF CORPORATION** |
| ALBERTSONS COMPANIES, et al., | |
| Defendants. | |

**Error! Unknown document property name.**

GENERAL DENIAL OF DEFENDANT
BASF CORPORATION
CASE NO. 2-18-CV-05836-MWF-PLA

Defendant BASF Corporation (as successor to Narmco Materials Inc. and on behalf of Panel Air Corporation) ("Defendant"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 8(b)(3) and Case Management Order No. 4, hereby respond to the Thirteenth Amended Complaint as follows:

1.　Except as expressly admitted herein, Defendant denies each and every allegation, matter, and statement contained in Plaintiffs' Thirteenth Amended Complaint relating to Narmco Materials Inc. and/or Panel Air Corporation. Defendant further denies that Plaintiffs are entitled to any relief whatsoever.

2.　Paragraph 12: Defendant admits that this Court has jurisdiction of this case pursuant to 28 U.S.C. §1331 and Section 113(b) of CERCLA.

3.　Paragraph 13: Defendants admits that venue is proper in this District pursuant to 28 U.S.C. §1391(b).

4.　Paragraph 14: Defendant admits that venue is proper in this District pursuant to Section 113(b) of CERCLA.

Defendants reserve the right to amend, supplement or otherwise modify this General Denial including to assert defenses, counterclaims, affirmative defenses, and third party claims.

Dated: May 26, 2026

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.

By: _K Gannon_____
　　Kathleen C. Gannon

*Counsel for BASF Corporation (as successor to Narmco Materials Inc. and on behalf of Panel Air Corporation)*

**Error! Unknown document property name.**

2

GENERAL DENIAL OF DEFENDANT
BASF CORPORATION
CASE NO. 2-18-CV-05836-MWF-PLA

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 26, 2026, I caused the GENERAL DENIAL OF DEFENDANT BASF CORPORATION to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of this filing to all parties.

Dated: May 26, 2026

BRESSLER, AMERY & ROSS, P.C.

By: _K. Gannon_____
    Kathleen C. Gannon

*Counsel for BASF Corporation (as successor to Narmco Materials Inc. and on behalf of Panel Air Corporation)*

GENERAL DENIAL OF DEFENDANT
BASF CORPORATION
CASE NO. 2-18-CV-05836-MWF-PLA