**HINSON GRAVELLE & ADAIR LLP**
Douglas A. Gravelle (SBN 166110)
gravelle@hinsongravelle.com
K. Eric Adair (SBN 150650)
adair@hinsongravelle.com
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: 661-294-0116

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated
association, and individual members identified
below

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et al., | **Case No. 2:18-cv-05836-MWF-PLA** |
| Plaintiffs, | **PLAINTIFFS' [ONE HUNDRED AND SIXTY-THIRD] NOTICE OF DISMISSAL OF ITT LLC** |
| vs. | |
| ALBERTSONS COMPANIES, INC., et al., | |
| Defendants. | |

PLAINTIFFS' [ONE HUNDRED AND SIXTY-THIRD] NOTICE OF DISMISSAL
(2:18-CV-05836-MWF-PLA)

**PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN DEFENDANT(S)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss with prejudice the following Defendant(s) from the present action: (i) ITT LLC.

Dated: May 27, 2026                    HINSON GRAVELLE & ADAIR LLP


By   /s/ Douglas A. Gravelle
     Douglas A. Gravelle,
     Attorneys for Plaintiffs
     BKK WORKING GROUP, an
     unincorporated association, and
     individual members identified
     above

PLAINTIFFS' [ONE HUNDRED AND SIXTY-THIRD] NOTICE OF DISMISSAL
(2:18-CV-05836-MWF-PLA)