Lenden F. Webb (SBN 236377)
Chandler R. Gietzen (SBN 361865)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Ste 450
San Diego, CA 92121
Telephone: (619) 399-7700
Email: LWebb@WebbLawGroup.com
*Please also serve:* Service@WebbLawGroup.com
NPaulson@WebbLawGroup.com
SAsselin@WebbLawGroup.com

Attorney for Defendant,
IMI CRITICAL ENGINEERING LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BKK WORKING GROUP, et al.,

                Plaintiff,

v.

ALBERTSONS COMPANIES, INC., et al.,

                Defendants.

Case No.: 2:18-CV-05836-MWF-PLA

Hon. Michael W. Fitzgerald

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the handling attorney for this matter at WEBB LAW GROUP, APC on behalf of Defendant IMI CRITICAL ENGINEERING LLC will be as follows:

LENDEN F. WEBB (SBN 236377)
**LWebb@WebbLawGroup.com**
WEBB LAW GROUP, APC
10509 Vista Sorrento Pkwy, Ste 450
San Diego, CA 92121
Telephone: (619) 399-7700

Legal Assistant:
Natalie F. Paulson
**NPaulson@WebbLawGroup.com**

Legal Assistant:
Sean P. Asselin
**SAsselin@WebbLawGroup.com**

Please update your service lists and direct all future court filings, discovery, correspondence, and any other case documents accordingly. For e-mails with pleadings or discovery, **please also include** Service@WebbLawGroup.com as well as *staff e-mail addresses* listed above.

Dated: June 25, 2026                       **WEBB LAW GROUP, APC**

By_____
LENDEN F. WEBB
Attorneys for Defendant,
IMI CRITICAL ENGINEERING

**WEBB LAW GROUP, APC**
10509 Vista Sorrento Pkwy, Suite 450
San Diego, CA 92121

## CERTIFICATE OF SERVICE

I, Sean P. Asselin, am a citizen of the United States and am at least eighteen years of age. My business address is 10509 Vista Sorrento Pkwy., Suite 450, San Diego, CA 92121.

I am not a party to the above-entitled action. I have caused service of:

- **NOTICE OF CHANGE OF HANDLING ATTORNEY**

along with all associated documents on all the counsel of record and interested parties by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 29, 2026

_____
SEAN P. ASSELIN

**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Suite 450
San Diego, California 92121